UNITED STATES DISTRICT COURT
SOUTHERN DIVISION OF THE MICHIGAN STATE
AT THE EASTERN DISTRICT
------------------------------------------------------------------------

Case: 2:24-cv-10190
Assigned To : Borman, Paul D.
Referral Judge: Ivy, Curtis, Jr
Assign. Date : 01/24/2024
Description: CMP ISAIAH ROBINSON V MDOC ET AL (JP)

ISAIAH STEWARD ROBINSON,

           Libelant/Complainant/Claimant;

v.

ISAIAH STEWARD ROBINSON #462832 (Principal);
MICHIGAN DEPARTMENT OF CORRECTIONS, et al.;
HEIDI WASHINGTON, et. al.
MICHIGAN DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS, et. al;
ORLEAN HAWKS, et. al.;

           Libelee/Offender/Respondent.


## APPLICATION FOR PRIVATE ADMINISTRATIVE REMEDY IN ADMIRALTY

### (Introduction)

The following is a libel presentation--instituted in the political and civil capacity--presented by the [primary] Complaining Witness: "Isaiah Steward Robinson" (Living Soul); nevertheless this presentment is made on behalf of your Complainant: "ISAIAH STEWARD ROBINSON" (Corporate Sole), pursuant to [28 U.S.C. 1333] Admiralty jurisdiction , in accordance with the U.S. Constitution, Art. III, Sec. 2.

As a third party intervenor who continues to be [irreparably] injured in the matter; this undersigned Beneficiary--a Secured Party Creditor--has elected to underwrite the case (re: ISAIAH STEWARD ROBINSON #462832). In the event that the Debtor has caused injury or damage to this court, another court, or any other party; I am here to underwrite those and all other verified claims against the vessel. Please Feel Free To Release The Vessel.

First, apologizing for any [foregoing] commercial dishonor (committed unintelligently in ignorance); this writer--a flesh and blood Man--subsequently establishes the proclamation, that, I am of sound mind and full age by which to possess, declare, "practice" and "exercise" all the [inherent] political, civil and social rights to any privilege, benefit, security or protection guaranteed to the "United States person". By and through Me, its [sole] Authorized Representative, and, the [paramount] lien-holder who [exclusively] possesses Power-of-Attorney-in-Fact to your Libelant; the Suitor asserts all right, entitlement, benefit and privilege. Particularly, all of which were universally ratified in the letter of "our" [constitutional] Charter Agreement; for acting on behalf of "the people", to wit, a legal and commercial entity; in the form of a "State" created Business Trust, currently presumed to be under the "jurisdiction of organization". {Reference: MCL 440.5102 (1); and MCL 440.9102 (1)}.

COMMON LAW NOTICE: "Constitution, where the people expressly declare how much power they do give; and consequently retain all they do not... is a declaration of particular powers by the people to their representatives for particular purposes. It may be considered as a great power-of-attorney, under which no power can be exercised, but what is expressly given. Did any man ever hear before, that at the end of a power of attorney, it was said the attorney should not exercise more power than was there given him. Is not this the true idea of all Constitutions? They are instruments by which principals--people--confer powers upon servants, agents, presidents, members of Congress, even Judges. These have but a naked authority--one coupled with no interest--one founded on no consideration; one, therefore, which is to be construed strictly. In a dispute between the principal and agent, as to the meaning of the power of attorney; does it lie in the mouth of the agent, to pronounce what is the meaning? Just the opposite. The principal may, at will, revoke the whole power; may he not, then, do the lesser thing, interpret its meaning". {Padelford, Fay & Co. v. Savannah, 14 Ga. 469-470 (1854)}.

STATEMENT OF INTEREST
-------------------------------------

Inasmuch as any UNITED STATES DISTRICT COURT is vested authority and jurisdiction tantamount to the "The High Court of Admiralty", to wit: the lords commissioners of the Admiralty, and, is allocated power to grant the office of "Registrar of the Admiralty", i.e. Clerk of the District Court of the United States, to hold such office at will; the Chief Men and Women (with all their official personages) are humbly, peacefully and respectfully beckoned--by this private suit in the Admiralty venue--to the aide of your Suitor, a distressed "Vessel of the United States".

The undersigned Beneficiary further entreats that said officials shall be pleased to honor this presentation, by acceptance of the [certified] Promissory Note--in the form of a Security Agreement--as an "Obligation or other security of the United States" (dated October 28, 2020); the same instrument of which a [true and correct] copy is attached hereto, made fully a part hereof, and included herein by reference. Please take notice that the record must constitute a [bona fide] private settlement contract, between, your [debtor-principal] on the [public] side of any germane ledger(s): "ISAIAH STEWARD ROBINSON" (Ens Legis), with, the undersigned [creditor-principal] on the [private] side of any germane ledger(s): "Isaiah Steward Robinson" (Sui Juris); having been finalized, ratified, signed, sealed and witnessed by an officer of the "State" executive branch, to wit: a Notary Public acting at "COUNTY OF MACOMB". Even so, on [June 27, 2022] the instrument was "signed"--therefore "authenticated"--in the office of "Macomb County Clerk and Register of Deeds"; then, recorded--thereby "acknowledged"--at "COUNTY OF NEWAYGO", on [January 24, 2023], in the office of the Clerk for the 27 [JUDICIAL] Circuit Court; wherein the purported bond and obligation of record (i.e. mortgage premise) did originate as a so-called "JUDGMENT OF SENTENCE COMMITMENT TO DEPARTMENT OF CORRECTIONS" dated January 9, 2017. [Reference: 28 U.S.C. 3002 et. seq.; 18 U.S.C. 9 et. seq.; MCL 440.9501 (1) (a); MCL 440. 9502 et. seq.; and, MCL 440.9503 et. seq.].

COMMON LAW NOTICE: "In order to perfect a security interest, a creditor was required to file its financing statement in the state where the debtor corporation was organized under state law... in the state of Michigan". {See: Swanson v. M &I Marshall (In re Vission, Inc.), 400 B.R 215 (Bankr. E.D. Wis. 2008)}. "...there was no misrepresentation in the manner... which used the name... it certified to the county clerk for use under the statute". {Moon Bro., Inc. v. Moon, 300 Mich. 160, 1 N.W.2d 492 (1942)}. "Assuming that the statute was nonexistent, the remedy of self-help repossession could still be utilized based on its common law heritage and the private right to contract...privately effectuating a right; which was created in advance by contract between the parties... Decision to repossess was not compelled by the statute; it was made in reliance upon the security agreement, pursuant to the private right to contract". {Hill v. Michigan Nat'l Bank, 58 Mich. App. 436, 228 N.W.2d 410 (1975)}. "If... mortgage debt be secured by the obligation or other evidence of debt of any other person besides the mortgagor, the complainant may make such person a party to the bill, and the court may decree payment of the balance of such debt remaining unsatisfied, after a sale of the mortgaged premises, as well as against such other party as the mortgagor, and may enforce such decree as in other cases." {Winsor v. Ludington, 77 Mich. 219, 43 N.W. 867 (1889)}. "The impossibility of the same person being both plaintiff and defendant in an action at law, often confers jurisdiction in equity to enforce a demand of such nature that the same person would be required to be joined, both as plaintiff and as defendant, in an action at law". {See: Detroit Trust Co. v. Struggles, 283 Mich. 471.; also Leonard v. Childers, 67 Okla. 222 (170 Pac. 247) (quoting from: Haylor v. Grigg-Hanna Lumber & Box Co., 287 Mich. 133, 283 N.W. 3 (1938)}.

FOR THE RECORD: This does not warrant a juratory caution, implore the court for a loan, or otherwise seek its permission to proceed without pre-paying court filing fees and cost; but rather, the attached record. denoting a Fidejussory Security, is being proffered as tender which [may] be exacted to pay any fines, fees, cost, debts, etc. Furthermore, the same presentment [modestly] aims to manifest a satisfactory showing of One's interest having attached, and offers [requisite] "security for the cost". [Reference: Rule 24 F.R.C.P.].

TO BE CLEAR: In all of the above stated context, it is the established and continual policy of this Life Estate--including all authorized partnerships or associations--to honor any verified claim(s) laid against the [statutory] person; therefore, our "Security Agreement" is offered--as an Indemnity Contract of Insurance--to personally guarantee production of your "United States person", as often as said vessel may be called upon--such as in the "proper" person--to be presented and/or re-presented in any cause.

This writer has suffered, and continues to suffer, IRREPARABLE INJURY by Respondent Parties arising from the UNLAWFUL SEIZURE of "Corpus" and "Res" in the City of White Cloud, within the "STATE OF MICHIGAN" political subdivision designated "COUNTY OF NEWAYGO".

The undersigned is presently held; by threat of physical and emotional injury, violence, or death, inside the MICHIGAN DEPARTMENT OF CORRECTIONS(MDOC).

2 of 27

Since this is a matter of somewhat "diversity"; involving more than one political system of a body of people, and various systems of rules by which jurisdiction and authority are exercised over each body; the Suitor modestly directs a Chancellor to consider the Common-Law Notice as follows:

"were there are both legal and equitable claims and their is a request for a jury trial, the equitable claim shall be decided by the court sitting as a chancellor in equity and the legal claim shall be decided by a jury trial." [See: Dutka v. Sinai Hospital of Detroit, 143 Mich. App. 170, 371 N.W.2d 901 (1985)]

For reasons not limited to those enumerated hereinbelow; the undersigned [hereby] defends the relevant trust and life estate, of the "real" parties, against all fraudulently [criminalistic] assertions of an existential CLERICAL INTEREST implied by "STATE OF MICHIGAN" legislation; intending to profit from individual and collective [bailment] devices against the [juristic] "person": ISAIAH STEWARD ROBINSON; which it calls "the prisoner". More specifically, the Trust Estate hereby dis-associates all private and personal finances coming from Loved Ones of the Living Man, or otherwise being transferred through the trust account in the form of gifts; from the grasp of and/or overreaches by "public" and private policy [cunningly] crafted to levy, or else, place a lien against the [juristic] "person": ISAIAH STEWARD ROBINSON; at the [unduly influenced] expense of the [natural] "person": Isaiah Steward Robinson. Therefore, any purported "rule" or [statutory] mandate supposing to require that a certified/notarized statement of the "Prisoner Trust Account" activity be furnished, or otherwise insinuating the Debtor must enter into additional contractual and obligatory concessions with the [corporate] "STATE", before the [judicial] branch of government can or will perform "its" [primary] obligations, is herein and hereby asserted to be egregious, discriminatory, unconscionably prejudicial, and [indubitably] unconstitutional as follows:

1. The Real Party of Interest is a [natural] born person capable of thinking, feeling, speaking, writing, and moving around of his own accord; howbeit, "the prisoner" is a ["STATE"] created person, to wit: a legal and commercial entity created by the corporate "STATE" of MICHIGAN. The [same] sub-corporation called "ISAIAH STEWARD ROBINSON" is a creation of the minds, imagined without a meeting of the minds that would have included such knowledge, understanding, or consent as that of this writer or his birth parents; to represent (i.e. re-present) the Living Man who goes by: Isaiah Steward Robinson, [unwittingly], as a Civilly-Dead-Entity commonly referred to and designated as: ISAIAH STEWARD ROBINSON; thereby recognizing two separately distinct and distinguishable entities.

2. The Real Party of Interest will not be subordinating his position as a Creditor to the Real Party in Interest, or surrendering his [innate] Rights, Remedies, Defenses, or Privileges; under [any] subversive and predatory "doctrine of subrogation" imagined by a corporately federalized "STATE" of MICHIGAN, incorporated out of Lansing (Michigan).

3. Any semblance reckoned by "STATE OF MICHIGAN" [incorporated], a statutory entity (MI), 28 USC 3002; MCL 440.9307; UCC 9-307, supposing to amalgamate this writer with a Third-Party-Transferree, i.e. "straw-man", is hereby alleged to constitute (at a minimum) FRAUD, UNDUE INFLUENCE, and criminal collusions which include [perceptible] genocides by the corporate "STATE OF MICHIGAN"; showing its MALICIOUS INTENT to disenfranchise the Real Party of Interest from [his] inherent civil rights and innate political powers [cognizable] under the charter regarded as Michigan Constitution of 1963, et. seq.

4. Inasmuch as the term "prisoner", in a governmental context, clearly regards an artificial "person" [MCL 440.1201 (2) (aa)]; all [clerical] insinuations that a verified copy of the [trust] account debits and credits is somehow requisite for consideration of the civil matter by a court, explicitly on the basis that any such matter is commenced by an individual purportedly bound by "commitment" to department of corrections; in-and-of-itself denotes a "BILL OF ATTAINDER" and/or "EX POST FACTO LAW", making the statute unconstitutional by seeking to impair governments primary obligation in the matter, subordinate the complainant's inherent rights, and, by categorically intending to broadly and prejudicially marginalized any cause of action initiated by an "individual" regarded as "committed" to department of corrections. [Reference: Mich. Const. 1963, Art. 1, Sec. 10]

5. At no time has this writer ever knowingly, willingly, voluntarily, or [otherwise] intelligently agreed to stand in for, be liable or responsible for, or else acknowledged, accepted, and signed any contract by which I am bound to act as surety, collateral, or "accommodation party" to the "prisoner" (straw-man): ISAIAH STEWARD ROBINSON.

6. Under "MICHIGAN" statute, the Uniform Commercial Code definition for "person" means: "an individual, corporation, business trust, estate, trust, partnership, limited liability company, association, joint venture, government, governmental subdivision, agency, or instrumentality, public corporation, or any other legal or commercial entity". [Reference: MCL 440.1201 (2) (aa)]. Be that as it were; to enforce a statute requiring the undersigned to substitute his own [personal] liability for that of the "individual" regarded as a "corporation sole", i.e. "person", any such enforcer would have to be [erroneously] impressed by a belief that the natural "person": Isaiah Steward Robinson, whom presents as a "complaining witness", is one-and-the-same with the juristic "person": ISAIAH STEWARD ROBINSON, which is a transmitting or else transmuting utility named for the "prisoner" (straw-man).

7. Whereas any civil filing fee "requirement" compiled and codified under MICHIGAN statute provides specific and explicit reference to the trust accounts of "prisoners under jurisdiction of department of corrections"; the legislation is [conspicuously] constructed to merchandize and profit from [presumed] mortgage and bailment type devices against the [juristic] "person": ISAIAH STEWARD ROBINSON; to     damage, prejudice and otherwise detriment the [natural] "person": Isaiah Steward Robinson.

8. The Real Party of Interest rejects all offers to contract, and, does not accept or agree to any attempt made by the Clerk of the Court; seeking to transfer government's [primary] obligation, as principal, over to "the prisoner" at the [primary] agents expense; whereas the pre-existing contract, to wit: Mich. Const. 1963, has [antecedently] established that political power is inherent in "the People", and, that government is instituted for their equal benefit, security, and protection. [Reference: Mich. Const. 1963, Art. 1. Sec. 1.]

9. Acting in a Fiduciary capacity to the "Represented person" [MCL 440.3307 (1) (a) and (b)]; I will not allow any "Clerk of the Court" or other third party to DEFRAUD the regarded Trust and Life Estate for [unjust] enrichment purposes that benefit individual and collective coffer(s) for "UNITED STATES" and/or "STATE OF MICHIGAN" under dubious and questionable public policy(-ies) found repugnant to the constitution, ethically unsound, jurisdictionally incompetent, and; thereby are discovered as equally offensive to conduct which is commercially and reasonably undertaken in-Good-Faith.

10. By this action shall common sense eliminate any ambiguity and extinguish all assumption; thereby establishing a clear and definite separation between the living man: Isaiah Steward Robinson, and, the civilly-dead-entity: ISAIAH STEWARD ROBINSON, whereby prudence must hereby preclude this forum from embracing any propensity to autonomously amalgamate the living soul, who is [the] Real Party of Interest, with "the prisoner" presenting as Real Party in Interest, which is [merely] a corporation sole.

FOR THE RECORD: I, Isaiah Steward Robinson, am not the business trust, corporate construct, chattel, or any of the personalty regarded by the relevant escrow or accounts. I do not and will not acquiesce to the absurd notion of being represented (i.e. re-presented) as ISAIAH STEWARD ROBINSON or any other faction contrived from a straw-man, i.e. third party transferee, which presents entirely, circumspectly, and only as legal or commercial in its existence.

11. According to Michigan Constitution of 1963 a suitor in any court of this state has the right to prosecute or defend his suit, in his own proper "person"; which is tantamount to the right to petition government for redress of grievances, and both are unquestionably rights congruent with unalienable (i.e. un-alien-able) rights. Therefore, neither the rights to prosecute a suit in One's own proper "person", or, the right to petition government for redress of grievances, can become alienated or the subject of any lien. Even so, such rights cannot be marginalized or ransomed by executive, legislative, or judicial acts which impair governments [primary] obligations as the principal. [Reference: Mich. Const. 1963, Art. 1, Sec(s). 3 and 13]

12. The concept of conditioning a courts recognition and/or its adjudicative feasibility of matters seeking civil relief and remedy, upon One's commitment to department of corrections coupled with their willingness to underwrite an obvious [judicial] lien against the Cestui Que Trust Account; conspicuously contravenes the fundamental principles, standards, and equalities of law. In particular, any circumstance where the civil action filed seeks relief from a judgment that is void, invalid, and defective ON ITS FACE; the notion that One's " commitment status could or should relegate [him] to the legal capacity of an incompetent debtor stands alone to denote a far from merely tacit form of [nebulous] SLAVERY and INVOLUNTARY SERVITUDE.

NOTE: For reasons identified above; any legal doctrine or similar dogma supporting such a [receivership] agenda, if but only inadvertently; condones imprisonment for debt by forcing the suitor to [either] suffer the detrimental pangs of injustice for the sake of preserving [his] Fiduciary Integrity, or, to become unduly influenced by the coerced forfeiture of [his] absolute right to enter into or refuse to enter into a contract, thus, [inevitably] offering [his] own personal liability to satisfy a [malevolent] want for surety/collateral, which is insatiably and perpetually incited by corporate greed.

13. Legislation which expressly promulgates the [clerically] imposed policy to marginalize civil actions filed by "a prisoner under the jurisdiction of department of corrections", in essence, suggest a requirement that is overtly repugnant to ["our"] most organic and fundamental letter of the charter between government and "the people", i. e. the Michigan Constitution of 1963. Equally important is that the same foundational contract between We, the people, and government [unequivocally] precludes excessive fines as well as cruel and unusual punishment from being inflicted under [any] circumstances. Moreover, such statutes are offensive, and dare I say, violative to "the rights of individuals, firms, corporations and voluntary associations to fair and just treatment in the course of legislative and executive investigations and hearings". [Reference: Mich. Const. 1963, Art. 1, Sec(s). 16 and 17]

------------------------------------------------

PREFATORY CAVEAT
--------------------------------

As a preliminary matter of necessary disclaimer; the interested parties are [not] in agreement that this suit is sensibly or practicably compatible with judicial (or executive) policy applicable under procedures codified by the "Klu Klux Klan Act" [e.g. 42 U.S.C. 1983, 1985], and/or, the "Prison Litigation Reform Act" [e.g. 28 U.S.C 1915]. In particular, under these [present] circumstances, the "person" designated "debtor", or else "offender" (as the same correlates with the "Joint Tortfeasors Act"); [merely] presents--by direct and otherwise fraudulent conversion--an illusion of having interest which autonomously or inextricably aligned with those of the undersigned "creditor", and "beneficiary". [Reference: 28 U.S.C. 3001 (a); and, Mich. Admin. Code R 791. 1101 (e)].

Pursuant to [28 U.S.C. 7621) and [31 U.S.C. 5118]--and the laws of a military, provisional, occupational form of government--with respect to the [presidential] division of "United States" jurisdictional territory into designated zones, to wit: Zip Codes (otherwise known as Internal Revenue Districts); it is the U.S. Vessel, insured under the "Federal Insurance Contribution Act" (FICA), who is the co-debtor for the loss of gold or "money" under a [June 5, 1933] House Joint Resolution 192 (Public Law 73-10). Be that as it were, the private settlement contract--integrated by the parties on October 28, 2020--protects the undersigned Beneficiary from any pretentious liability; including the presumption of being a co-surety bound by the same [perceptible] receivership agenda. Thus, to necessarily determine and define what is to [appropriately] be the scope and nature of restraints, as settling the question of [inordinate and unconventional] jurisdictional boundaries pertinent to this cause; it would be remiss that this forum should negate your Suitor's release and indemnification of the undersigned Secured Party.

COMMON LAW NOTICE: "Contribution is an 'equitable doctrine based on principle of justice'; which is not dependent on contract, joint action, or original relationship of the parties... The doctrine of contribution originated in the courts of equity... early origins of contribution are shrouded in obscurity and confusion; it does not establish that in 1791 the courts of law would have entertained an action for contribution, at least as against negligent tortfeasors. While some of the earlier cases after 1791 appear to have recognized contribution against negligent tortfeasors as an available remedy, those that address the precise issue of whether it could be pursued at law or only in equity regarded the action as equitable. Courts of law enforce contribution only in cases where a contract between the parties to that effect may be presumed, but courts of equity indulge a larger jurisdiction, and admit contribution whenever the parties were originally subject, jointly, to the burthen and are in [aequali jure], and where party claiming assistance of the court is not precluded, by his own turpitude, from receiving it. {Quoting: Dawson v. Contractors Transport Corp., 467 F. 2d 731-732 (1972) (citations omitted). "The English law of bankruptcy, as it existed at the time of the adoption of the Constitution, was conceived wholly in the interest of the creditor and proceeded upon the assumption that the debtor was necessarily to be dealt with as an offender". {Continental Ill Nat'l Bank & Trust Co. v. Chicago, R. I. & P. R. Co., 294 U.S. 668 (1935)}. "A security agreement is generally effective according to its terms, both between the parties and against subsequent purchasers of the collateral. Because the plaintiff's security interest was properly perfected by filing..., security agreement is to be truly effective according to its terms, any act performed by debtor in contravention of those terms must give a creditor the right to the statutory and agreed upon remedies..." {Gorham v. Denha, 77 Mich. App. 269-270, 258 N.W.2d 200 (1977)}. "It is the uniform holding of the courts that the obligation of a trustee to the cestui que trust is an equitable not a legal obligation, and that the trust cannot be reached by garnishment to enforce legal claims against the cestui que trust. This rule obtains, unless the duties of the trustee have fully terminated and the amount due to the cestui que trust is definite and ascertained, and nothing remains except the duty of the trustee to turn over and deliver a definite sum to the cestui que trust. Until equity adjudicates the rights... in the sum held... the amount due... remains indefinite and unascertained; thus precluding any attempt to subject the same to garnishment". {Meier v. Blair, 287 Mich. 23, 282; N.W. 889 (1938)}. "The powers granted to a trustee in a deed of trust are not liberally construed, and there exercise must be consonant with the terms of the instrument... Those powers, furthermore, exist only in the terms creating the trust and no others. {Union Guardian Trust Co. v. Building Sec. Corp., 280 Mich. 156, 273 N.W.2d 429 (1937)}.

By virtue of the predicate "Security Agreement", annexed hereto, the "State" Executive Branch (including but not limited to its Principal: Department of Corrections) is devoid of any [legitimate] interest (if at all any just or proper "State" interest exist whatsoever); which may prevail upon the premise of a [questionable] bond and/or [supposed] obligation concerning the evident mortgage at issue. The [assumed] "legal authority"--reckoned by Respondent Parties in the matter--was [irrevocably] transferred to the undersigned Complaining Witness, by operation of law; along with: any rights, titles and powers of attorney.

"For THE LAW of the Spirit of life in Christ Jesus hath made Me free from THE LAW of sin and death.

For what THE LAW could not do in that it was weak through the flesh, God sending his son in the likeness of sinful flesh, and for sin, condemned sin in the flesh.

That THE RIGHTEOUSNESS OF THE LAW MIGHT BE FULFILLED IN US, who walk not after the flesh, but after the spirit." [Reference: The Holy Bible, King James Version, Book of Romans, Chapter 8, Verses 2 through 4] (added EMPHASIS are My own)

COMMON LAW NOTICE: "A general assignee is not a [bona fide] purchaser, and there is no rule of law which exempts a general assignment from the consequences of actual fraud that has a tendency to hinder, delay or defraud creditors. The only ground on which such assignments are upheld is that the debtor has in good faith put all of his assets into the hands of a trustee; for the sole purpose of paying his lawful debts, as far as the assets will go". {Farrington v. Sexton, 43 Mich., 456-457; 5 N.W. 656 (1880)}. "The right of... debtor to make an assignment, and to select his own assignee, without, or and against, the consent of his creditors, has been finally admitted, in most of the states of the Union; though the propriety of recognizing such a right has often been questioned, and, if the question were a new one might be doubted. But to prevent the abuse of the right, and to avoid its being made a convenient engine of fraud, the utmost good faith must be required of the debtor in the selection of the assignee... Anything, therefore, which tends to show that the assignee, in any respect, is not such a person as an honest and prudent man would be likely to select for the position, with reference to the interest of creditors, must, upon principal, be admissible to impeach the good faith of the assignment". {Angell v. Rosenbury, 12 Mich. 252-254 (1864)}. "The mortgagor cannot be deprived of his right to the possession and benefits of the premises unless that power is clearly given to the mortgagee by the engagement of the parties... unless there is a definite contractual waiver of those established and recognized rights". {Bennos v. Waderlow, 291 Mich. 595; 289 N.W. 267 (1939)}. "HE HAS, THEREFORE, DIVESTED HIMSELF OF ALL INTEREST WHICH HE THERETOFORE HAD IN THE BOND AND MORTGAGE, and consequently of all right which at common law, he otherwise might have had, as mortgagee, to possession of the mortgaged premises... AND A MERE PAROLE TRANSFER OF THE DEBT AND MORTGAGE IS VALID. No doubt could exist as to the competency of the assignment; AS PROOF TO SHOW THAT THE ENTIRE INTEREST OF THE MORTGAGEE, IN DEBT AND SECURITY, HAD BEEN TRANSFERRED TO HIMSELF. It is time that mortgages and mortgage controversies were stripped of legal fiction--of all unnecessary legal technicality--and that courts... in settling the rights of parties in this class of cases, should more particularly regard and carry-out the real contract of the parties, in its substance and intent. The doctrine of a mortgage being a mere incident of the debt is founded in a true view of the mortgage contract", and, as in fact intended by the parties, and not of its forms". {Dougherty v. Randall, 3 Mich. 585, 587, 588 (1885) (EMPHASIS ADDED)}.

At which time the minimum terms of said "commitment" to department of corrections had expired [on or about October 25, 2020]; both "MICHIGAN DEPARTMENT OF CORRECTIONS" and "MICHIGAN DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS" (with all other offices, agencies and instrumentalities for the "State" executive branch) became devoid of [their] "respective functions, powers, and duties"--especially those [generally] allocated by law--pursuant to [state and/or federal] constitution. Therefore, each Respondent Party--named individually and collectively as a MERCHANT at law--though purportedly slated to act "officially"--in corporate privity of contract--is, at all times described by facts allege in this libel; charged as having acted [entirely] outside the scope of any such office, agency or entity of government.

COMMON LAW NOTICE: "The Sixth Circuit has adopted the following well-established analysis for determining whether a right is clearly established: For a right to be clearly established, the contours of the right must be sufficiently clear that     a reasonable official would understand that what he is doing violates that right". (Anderson v. Creighton, 483 U.S. 635, 640, 107 S. Ct. 3034, 97 L. Ed. 2d 523 (1987). It important to emphasize that this inquiry 'must be undertaken in light of the specific context of the case, not as a broad general proposition'". (Brosseau v. Haugen, 543 U.S. 194, 198, 125 S. Ct. 596, 160 L. Ed. 2d 583 (2004)... Thus, 'the relevant dispositive inquiry... is whether it would be clear to a reasonable officer that his conduct was unlawful in the situation he confronted". {Quoting: Ricks v. Pauch, 322 F. Supp. 3d 813 (U.S. Dist. 2018) (other citations omitted)}. "Fraud is a question of fact, and not one of law, but where the act of a person necessarily operates to defraud creditors, or results as a fraud in and upon their rights, the actor will be presumed to have intended the fraud which resulted... The rule is elementary that every person is presumed to intend the natural or probable consequences of his own acts, and when a fraud is shown the court will attribute to it its legal consequences, or, in other words, where the conduct of a debtor necessarily results in defrauding his creditors, he is presumed to have foreseen and intended such results". {Anderson v. Etter, 102 Ind. 115, 26 N.E. 218) (quoting: Reagan v. First Nat'l Bank, 157 Ind. 645; 61 N.E. 583 (1901) (some citations omitted)}.

This suit fundamentally seeks to bring the "STATE" into FULL COMPLIANCE WITH THE TERMS OF THEIR COLLECTIVE CONTRACT, IN STEADFAST ACCORDANCE WITH LEGAL STANDARDS FOR CONSUMER CONTRACTS AND COMMERCIAL MATTERS, as found  under  the Common Law. Consumer(s) submits that this action is URGENTLY NECESSARY and germane to the cause of returning MDOC-CMHP Residential Treatment Program operations from this increasingly RECKLESS, WHIMSICAL, and AD HOC "state" of current affairs; to being on track with the guidelines of Legislative and Constitutional mandates that inescapably govern the actions, conduct, duties, and responsibilities of individuals who act as agents for or else on behalf of the principal "STATE OF MICHIGAN", to-wit, MICHIGAN DEPARTMENT OF CORRECTIONS.

ENUMERATED CAUSE OF ACTION SYNOPSIS

1. On the 13th day in April of 2016; the Complaining Witness was actuated with malice, fraud, and misrepresentation--by the "CITY OF WHITE CLOUD" Police Agency--in the "STATE OF MICHIGAN" political subdivision doing business as "COUNTY OF NEWAYGO", then, subsequently brought before the 78th Judicial [District] court and [unwittingly] subjugated to a [clandestine] insurance liability contract.

COMMON LAW NOTICE: "Malice in the legal sense is the intentional doing of a wrongful act without justification or excuse. And a 'wrongful act' is any act which in the ordinary course will infringe upon the rights of another to his damage, except it be done in the exercise of an equal or superior right". {Quoting: Feldman v. Green, 138 Mich. App. 371 (headnote 9); 360 N.W.2d 887 (1984)}. "Fraud in the execution or factum means the proponent of the instrument told the signatory thereof that the instrument really didn't means what it clearly said, and that the signatory relied on this fraud to his detriment". {Paul v. Rotman, 50 Mich. App. 463-464; 213 N.W.2d 590 (1973)}. "It is generally recognized that fraud may be consummated by suppression of facts and of the truth, as well as by false assertions... since a suppression of the truth may amount to a suggestion of falsehood. It is the general rule that a party to a business transaction is under an obligation to exercise reasonable care to disclose to the other party, before the transaction is consummated, any subsequently acquired information which he recognizes as rendering untrue, or misleading, previous representations which, when made, were true or believed to be true.". {Quoting: United States Fidelity & Guaranty Co. v. Black, 412 Mich. 125, 313 N.W.2d 88 (1981) (citations omitted); See Also: Strand v. Librascope, Inc., 197 F. Supp. 753 (U.S. Dist. 1961)}.

2. After court-appointed [defense] counsel was foisted upon the [instant] Complaining Witness--despite his expressed contentions--a bond was posted to secure release of the [instant] Complainant's "person"; then, on the 5th in May of 2016 , the defendant in [that] case was "bound-over" to Newaygo County 27th Judicial Circuit court, and a judgment was ultimately procured by fraud on the 27th day in October of 2016.

COMMON LAW NOTICE: "A surety bond for the purpose of assuring that a criminal defendant will appear at later proceedings is a contract between the government and the principal and surety". {People v. Woodall, 85 Mich. App. 515; 271 N.W.2d 298 (1978)}. "A party who enters a general appearance and contest a cause on its merits submits to the jurisdiction of the court". {Cross v. Department of Corrections, 103 Mich. App. 413, 303 N.W.2d (1981)}. However, the relationship between the insurer and... defense counsel, while less than a client-attorney relationship... differs because liability insurance policies typically include provisions that both obligate the insurer to provide the insured with a defense and entitle the insurer to control the defense...; the insurer has both a duty and a right in regard to the 'defense' of the insured. Accordingly, courts have consistently held that the defense attorney's primarily duty of loyalty lie with the insured, and not the insurer. To hold that an attorney-client relationship exist between insurer and defense counsel could indeed work mischief, yet to hold that a mere commercial relationship exist would work obfuscation and injustice". {Atlanta Int'l Ins. Co. v. Bell, 438 Mich. 519-521; 475 N.W.2d 297 (1991)}.

3. On the 9th day in January of 2017; the "COUNTY OF NEWAYGO" (i.e. bailor) issued the "MICHIGAN DEPARTMENT OF CORRECTIONS" (i.e. bailee) a so-called "JUDGMENT OF SENTENCE COMMITMENT TO DEPARTMENT OF CORRECTIONS", signifying the "Document of Title", with other documents annexed to evidence a "Record of Mortgage" and "Financing Statement".

COMMON LAW NOTICE: "Uniform Commercial Code provides that a person gives value for rights to collateral if the person acquires then in return for a [binding] COMMITMENT to extend credit or for the extension of immediately available credit... generally in return for any consideration sufficient to support a simple contract". {Pittsburgh Tube Co. v. Tri-Bend, Inc., 185 Mich. App. 585; 463 N.W.2d 164 (1990)}. "The earliest case involving the exercise of equitable jurisdiction over a mortgage... dates from the 13th century where... the creditor fraudulently contrived to procure the imprisonment of the debtor to prevent his redeeming the property pledged... What we now call a mortgage was at common law a conditional conveyance... by which the title... was to terminate or become absolute on the performance or nonperformance of the condition of grant..." {Union Guardian Trust Co., supra, at 160-161}. "If a grantee accept a deed, subject to mortgage incumbrances upon the property conveyed, containing a clause that he shall pay the incumbrances, he will then become liable for the payment thereof, and a personal decree may be rendered against him upon foreclosure... enforcement of the collateral obligation of a third person in a foreclosure suit... is permissive only, not obligatory, and will not be enforced to their prejudice, unless by their own contract or agreement they have themselves made necessary or imperative such enforcement". {Gage v. Jenkinson, 172-174, 24 N.W. 818 (1885)}.

4. On or about the 16th day in February of 2021; copies of the [October 28, 2020] Security Agreement were sent--individually and corporately--to the respective business addresses of Respondent(s): Heidi Washington; and Melissa Jennings, providing both with notice of superior claim and interests in the matter of "ISAIAH STEWARD ROBINSON #462832".

5. Between [November 17, 2020], and [December 22, 2023] respectively; similar notice--of the [October 28, 2020] "agreement" and "contract"--to convert liability and transfer of interests--was also mailed to Respondent Parties, including additional copies of said Security Agreement, sent: by the U.S. Postal Service, MDOC institutional mail, and/or, hand delivered personally--by this writer--to various of the merchants (named and unnamed) who purport to act as officers, agents and instrumentalities for: "MICHIGAN DEPARTMENT OF CORRECTIONS" (MDOC) and/or "MICHIGAN DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS" (LARA).

COMMON LAW NOTICE: "A person notifies or gives a notice or notification to another by taking such steps as may be reasonably required to inform the other in ordinary course; whether or not such other actually comes to know of it... Notice, knowledge or a notice or notification received by an organization is effective for a particular transaction from the time when it is brought to the attention of the individual conducting that transaction, and, in any even, from the time it would have been brought to his attention if the organization had exercised due diligence". {Old Kent Bank-Southeast v. Detroit, 178 Mich. App. 422; 444 N.W.2d 165 (1989)}. "Notice for purposes of MCL 440.3302, defining a holder in due course; includes receiving notice or notification of a fact or having reason to know that the fact exist from all the facts and circumstances known at the time in question". {Barbour v. Handlos Real Estate & Bldg. Corp., 152 Mich. App. 186; 393 N.W.2d 586 (1986)}. "A secured creditor receives notice of another creditors... security interest in the same collateral where he receives copies of the promissory note and security agreement between the debtor and the other creditor..." {Luhellier v. Bolline Constr., Inc., 157 Mich. App 131, 403 N.W.2d 522 (1987)}.

6. Notwithstanding the superfluous notice provided to Respondent Parties--they each have continued to conspire--individually and collectively--against the Cestui Que Vie; by "uttering and publishing" forged instruments, via "unauthorized signatures", to accommodate counterfeit executory contracts in a CORPORATE, yet, make believe ["govern"-"mental"] fashion.

COMMON LAW NOTICE: "The Fourteen Amendment to the United States Constitution and Const. 1963, Art. 1, Sec. 17 guarantee that no state shall deprive any person of 'life, liberty or property, without due process of law. Textually, only procedural due process is guaranteed by the Fourteenth Amendment; however, under the aegis of substantive due process, individual liberty interests likewise have been protected against 'certain government actions regardless of the fairness of the procedures used to implement them' ". {People v. Sierb, 456 Mich. 523; 581 N.W.2d 221 (1998)}. "Forgery includes any act which makes an instrument, or the material alteration, with intent to defraud, of any writing which, purports to be what it is not, and/or, if genuine, might apparently be of legal efficacy or foundation of legal liability. Offense of forgery is complete when person falsely makes any writing enumerated in statute, with intent to deceive, in a manner which exposes another to loss; including signing one's own name to business checks without authority to do. {People v. Susalla, 392 Mich. 387, 220 N.W.2d 405 (1974)}. "The elements of crime of uttering and publishing a forged instrument are: 1) knowledge that the instrument was false, 2) intent to defraud; and 3) presentation of the forged instrument for payment. Two elements of crime of uttering and publishing which must be proven beyond reasonable doubt... are knowledge of falsity of instrument and intent to defraud". {People v. Buchanan, 107 Mich. App. 648, 309 N.W.2d 691 (1981); People v. Mask, 68 Mich. App. 104, 241 N.W.2d 777 (1976); and People v. Fudge, 66 Mich. App. 625, 239 N.W.2d 686 (1976)}.

9. By vindictively and subversively applying the doctrine of "equitable subrogation"; Respondent parties have formed an alliance of reprisal--to conceal kidnapping--by "asportation" and "secret confinement" of the person, via unlawful and fraudulent conversions of the name and undue influence.

COMMON LAW NOTICE: "Equitable subrogation is a legal fiction though which a person... pays a debt for which another is primarily responsible... best understood as allowing a wronged party to stand in the place of the client... applied WHERE NO LEGAL PRINCIPLES EXIST upon which to grant relief, but justice requires that some form of recovery be permitted". {Hartford Accident & Indem. Co. v. Used Car Factory, Inc., 461 Mich. 215-216; 600 N.W.2d 632 (1999) (quoting in part from Atlanta, supra, at 522)}. "The questions in this case are: is the assumed name of the defendant corporation so similar to that of plaintiff as to mislead...; so similar, in fact, as to lead a person of ordinary intelligence to believe he was dealing with plaintiff; so similar in effect as to cause confusion, consequential In amount; and does the use of the name by defendant result in unfair competition and loss to the plaintiff by reason thereof ? {Schwannecke v. Genesee Coal & Ice Co., 262 Mich. 626, 247 N.W 761 (1933)}.

BILL OF COMPLAINT

1. This is a "Corporate Receivership" type case brought on, in chancery, by the Real-Party-of-Interest, Isaiah Steward Robinson; as a Complaining Witness who undertakes to institute this suit in accordance with [ageless] NATURAL LAW principles and prevailing legal standards (re-)cognizable by the [Michigan] COMMON LAW.

2. The Common Law standards and Natural Law principals [modestly] set forth to direct this forums adhesion, are among those which appear [most] fundamental to the construction of Michigan Constitution of 1963, et. seq., for which the Preamble reads:

"We, the people of the state of Michigan, grateful to Almighty God for the blessings of freedom, and earnestly desiring to secure these blessings undiminished to ourselves and our posterity, do ordain and establish this constitution."

3. The instant [common-law] complaint draws upon merits cognizable as INHERENT and ABSOLUTE RIGHTS of the Natural person: Isaiah Steward Robinson, with respect to the Juristic person: ISAIAH STEWARD ROBINSON. More precisely, with expressed regards to:

* The "...political powers inherent in the people. Government instituted for their equal benefit, security, and protection"; under Article 1, Section 1, in the Michigan Constitution of 1963.

* "The right to... consult for the common good, to instruct their representatives and to petition government for the redress of grievances"; under Article 1, Section 3, in the Michigan Constitution of 1963.

* "The right to prosecute or defend his suit... in his own proper person...";under Article 1, Section 13, in the Michigan Constitution of 1963.

4. This suit entails COMMERCIAL matters involving a business dispute over title to ABSOLUTE, SUBSTANTIVE, and CONSTITUTIONAL RIGHTS regarding the "Business Trust" and concerning the Estate at issue.

5. Principal parties, against whom claims are individually and/or collectively alleged by this complaint; were [each] required to know [corporate] "STATE" OF MICHIGAN laws and, required by the precise law under which they were and/or are [conventionally] authorized; to act according to the legislative guidelines encompassing relevant "Public Policy".

6. Agents for the principal have an obligation to [their] Principal "STATE" of MICHIGAN. Their [binding] obligation indubitably requires adherence to and compliance with [legislatively] promulgated civil, criminal, and administrative rules; particularly the [mandatory] procedures implemented [therewith] to delegate the authority of "STATE" agents, prescribe their powers, and regulate their conduct, duties, responsibilities, and obligations; as operatives vested to act [favorably] with respect to the interest of a [federalized] "STATE" [incorporated] within the Michigan government inherent in "We the People".

7. Conversely, with respect to any and all crimes, violations, and privations alleged [herein] against said operatives or agents otherwise acting under the [corporate] umbrella of the Principal: "STATE OF MICHIGAN"; this forum, to-wit: a Trustee , is [humbly] entreated hereby to regard the relevant standard as follows:

For a right to be clearly established, "the contours of the right must be sufficiently clear that a reasonable official would understand that what he is doing violates that right." [See: Anderson v. Creighton, 483 U.S. 635, 640, 107 S. Ct. 3034, 97 L.Ed.2d 523 (1987)] (quoting from another Michigan case involving "corrupt conduct in office" by municipal police officer; for purposes of deliberately effectuating and intentionally causing a "wrongful conviction") [See: Ricks v. Pauch, 322 F. Supp. 3d 813]

8. This action [further] seeks to ascertain and invoke the Suitors uniform rights, as a Titled-Sovereign-American; including but not limited to rights [generally] cognizable in the letter of Mich. Const. 1963, et. seq.; which, invocation must regard the Private and Personal Rights that embody fundamental Liberties, Liberty Interest, and Freehold.

9. These proceeding(s) undertake a demand for reinstatement of Suitors innate and universally recognizable rights to: recover, hold, and defend [total] dominion over the Living, Sentient, and Biological existence (e.g. the ego, words, concepts, thoughts, and ideas) necessary to recover, possess, hold, defend and control the property.

10. The real, i.e. corporeal and incorporeal, property entails Securities, Investments, Deeds and Titles, Chattel and Chattel Paper, Profits and Proceeds; along with similarly situated "Incomes" (i.e. in-comings) accruing and "Revenues" (i.e. re-venues) circulating, directly or indirectly, from the Principal party and "person": ISAIAH STEWARD ROBINSON. Such property is cognizable by:

(a) The "Three-Party-Draft", to wit: "COMPLAINT CRIMINAL", signifying a "Bill of Exchange" on [arraignment date] April 14, 2016; and, recognized by:

(b) The [predicate] bond or obligation of record, i.e. "JUDGMENT OF SENTENCE COMMITMENT TO DEPARTMENT OF CORRECTIONS", purporting to abate and transfer Title Right(s) to the Real-Party-in-Interest over to, and, for administration by: "MICHIGAN DEPARTMENT OF CORRECTIONS"(MDOC) on or about [sentence date] January 9, 2017; then actualized by:

(c) The "AFFIDAVIT OF INDIGENCY AND FINANCIAL SCHEDULE" attached to and made a part of the "acknowledgement" presented for acceptance on [sentencing date] January 9, 2017; as a duplicitous "NOTICE OF RIGHT TO APPELLATE REVIEW AND REQUEST FOR APPOINTMENT OF ATTORNEY".

COMMON LAW NOTICE: "Every man has a right to the enjoyment of his property undisturbed by another, and equity will protect him in that enjoyment, provided there be a substantial injury done." [See: Ruehs v. Schantz, 309 Mich. 245, 15 N.W.2d 148 (1944)]

11. According to commercialized standards of [statutory] law, by which "agents" for the principal: "STATE OF MICHIGAN" are bound to certain performances under the corporate charter; a [January 9, 2017] "JUDGMENT OF SENTENCE COMMITMENT TO DEPARTMENT OF CORRECTIONS", hereafter, "Judgment of Sentence", is tantamount to a "Document of Title". [Reference: MCL 440.1201(2) (p)]

COMMON LAW NOTICE: "Any contract by which a mortgagor sells or coveys his equity of redemption to the mortgagee is viewed suspiciously and is carefully scrutinized by an equity court; the exchange must be fair, frank, honest, and without fraud, misconduct, undue influence, oppression, or unconscionable advantage of poverty, distress or fears of the mortgagor." [See: Russo v. Wolbers, 116 Mich App. 327, 323 N.W.2d 385 (1982)]

12. When perceived [esoterically] in light of definitions promulgated under [MICHIGAN] Uniform Commercial Code; the "Judgment of Sentence", i.e. mittimus order, purports to mortgage [regarded] "persons" by virtue of a Creditor Relationship between a "STATE" OF MICHIGAN, incorporated out of Lansing (Michigan), and, its [nebulous] "MICHIGAN DEPARTMENT OF CORRECTIONS" commercial warehousing enterprise.

COMMON LAW NOTICE: "The uniform commercial code provides that a person gives value for rights to collateral if the person acquires them in return for a binding 'commitment' to extend credit or for the extension of immediately available credit or in return for any consideration sufficient to support a simple contract." [See: Pittsburgh Tube Co. v. Tri-Bend, Inc., 185 Mich. App. 581, 463 N.W.2d 161 (1990)]; and,

"Equity can and should intervene whenever it is made to appear that one party, public or private, seeks unjustly to enrich himself at the expense of another on account of his own mistake and the other's want of immediate vigilance, litigatory or otherwise." [See: Spoon-Shacket Co. v. Oakland County, 356 Mich. 151, 97 N.W.2d 25 (1959)]

13. "STATE" of "MICHIGAN" uniformities relative to its Law Merchant practices, when considered in conjunction with practices it exercises in criminal process; quite exceptionally align with the cognitive fruition of a clandestine "bailment" being [unanswerably] evidenced by said mortgage. The amalgamation of said mortgage and bailment, with the ambiguity of so-called "criminal" procedures; presumes to rest upon the [ludicrous] assumption that the [natural] person has knowingly, willingly, and voluntarily waived or subrogated [unalienable] rights that would [otherwise] prohibit the notion of any "STATE" achieving such a bailment, and thereby, that "persons" have agreed to be imprisoned by tacit-yet-unwitting "acknowledgement" of unspecified terms and conditions embodying the "criminal" conviction. [Reference: MCL 440.1201(2) (p), and (r) (i) (ii)]

NOTE: Predominantly thereby does the corporate "STATE" assert and/or claim its assumed legal posture, that, the [natural] person has assented to becoming "surety" and "collateral" for payment of "charges" against the [juristic] "person" named for the "Prisoner", as the asserted "Accommodated Party".

COMMON LAW NOTICE: "Equity takes cognizance of case where one holding confidential and fiduciary relations to another, and thereby morally and legally bound to communicate facts, conceals them for his own benefit and profit and to the disadvantage of other." [See: Grigg v. Hanna, 283 Mich. 443, 287 N.W. 125 (1938)]

14. When correlated with other corresponding standards of laws that bind "agents" for "STATE OF MICHIGAN" to certain performances under THEIR individual contract; the "JUDGMENT OF SENTENCE" actualized in conjunction with the "AFFIDAVIT OF INDIGENCY AND FINANCIAL SCHEDULE" increasingly purports to adequately evince "Title Right", by cognizably constituting a "Record of Mortgage as Financing Statement". [Reference: MCL 440.1201(2) (p); and MCL 440.9502 et. seq.]

COMMON LAW NOTICE: "Contracts must be freely entered into in order to be enforceable. An adhesion contract, in order to be unenforceable, must contain terms which the adherent is unaware of and which are beyond the reasonable expectations of an ordinary person or are oppressive or unconscionable. The term 'adhesion contract' refers to standardized contract forms offered to consumers of goods and services on essentially a 'take it or leave it' basis without affording the consumer a realistic opportunity to bargain and under such conditions that the consumer cannot obtain the desired product or services except by acquiescing in the form contract." [See: Brown v. Siang, 107 Mich. App. 91, 309 N.W.2d 575 (1981)]; and

"In the construction of mortgages, equity regards not the form but the substance of the terms used...." [See: Union Guardian Trust Co. v. Building Sec. Corp., 280 Mich. 144, 273 N.W. 424 (1937); and, Charles E. Austin, Inc. v. Kelly, 321 Mich. 426, 32 N.W.2d 694 (1948)]

15. The "COUNTY OF NEWAYGO" bailer's appointment of "MICHIGAN DEPARTMENT OF CORRECTIONS" as bailee, via issuance of said "Document of Title"; also pretends to appoint "MICHIGAN DEPARTMENT OF CORRECTIONS" as [acting] Trustee for the [unauthorized] Cestui Que Trust account, thereby, tacitly supposing to grant the MDOC "Letters of Administration" to warehouse "fungible goods", and/or "fungible portions of an identified mass", as "chattel" more commonly designated and typically referred to as:

ROBINSON, ISAIAH STEWARD
MDOC Commercial Tracking Number: 462832

COMMON LAW NOTICE: "Where contract is claimed to have been induced by fraud or mistake relief traditionally rest exclusively in equity, as at law such contract is enforceable. [See: Solo v. Chrysler Corp., 408 Mich. 345, 292 N.W.2d 438 (1980)]; and

"No contract can arise except on the expressed mutual assent of the parties; a contract is made when both parties have executed and accepted it." [See: Brown v. Siang, 108 Mich. App. 504, 310 N.W.2d 441 (1981)].

16. Since approximately the 20th day of January (2017) "STATE OF MICHIGAN"; by and through its "MICHIGAN DEPARTMENT OF CORRECTIONS"(MDOC), "BUREAU OF HEALTHCARE SERVICES"(BHCS) and "CORRECTIONS MENTAL HEALTH PROGRAM"(CMHP) [subsidiaries], has inadvertently used devices constituting "SLAVERY" and "INVOLUNTARY SERVITUDE" as the means by which it has and is capitalizing upon "Security Interest" and "Exemption Priority" inherent in the natural "person", to wit: the Real-Party-of-Interest: Isaiah Steward Robinson.

17. On or about December 15, 2017; this writer provided the MDOC-CORRECTIONS MENTAL HEALTH PROGRAM with written notice, in accordance with relevant applications of [MICHIGAN] "Mental Health Code", to thereby terminate previous consent to voluntarily receive [Corrections] Mental Health Services. [Reference: MCL 330.2003b (b)]

18. From December 15, 2017-until-November 13, 2020; the Trust and Life Estate at issue was [subtly and secretly] subjugated to a continuity of FRAUDS by the MDOC-CMHP, under the FALSE PRETENSE that some medium of contract had concurrently existed; whereby the MDOC commercial enterprise could continue [pretentiously] accessing the "persons" [available] credit, charging the account for [its] feigned "treatment" and "services" supposedly being provisioned within the MDOC-CMHP.

COMMON LAW NOTICE: "Equity will take jurisdiction where one occupying fiduciary relationship violates his trust to prejudice of persons otherwise beneficially interested." [See: Grigg v. Hanna, 283 Mich. 443, 287 N.W. 125 (1938)]

19. Without regard for the "NOTICE TO TERMINATE VOLUNTARY ADMISSION", or any subsequent "NOTICE OF FIDUCIARY BREACH" set forth in "good faith" by the Primary Agent/Fiduciary to identify and denote those [concurrent] "BREACHES" occurring; the MDOC Commercial Warehousing Enterprise has continued to "hold" this writer as a POLITICAL HOSTAGE, by threats and inflictions of [physical and emotional] harm, violence, or death; exacting payment of "charges" levied against "Represented person[s]" named for the mortgagor, to-wit: "the prisoner" INTERPLEADED against, as evidenced by the "JUDGMENT OF SENTENCE COMMITMENT TO DEPARTMENT OF CORRECTIONS". [Reference: MCL 440.3307 et. seq.]

20. In July of 2020; this writer became frustrated and otherwise perturbed after "commutative", "positive", "social", and "substantive" forms of the so-called "justice"(believed to be indispensable to equality, impartiality, fairness, and JUDICIAL INTEGRITY) had been [repeatedly] undermined and defeated by [Executive Branch] alliances between "MICHIGAN DEPARTMENT OF CORRECTIONS" and "MICHIGAN DEPARTMENT OF ATTORNEY GENERAL",with, [arguably] select constituents amid the "STATE" Judicial Branch; using surreptitiously corrupt applications of its [corporate] Rules, Policies, and Procedures (among other [questionably] "legal" practices) embodying [federalized] "JUDICIAL" policies and agendas reservedly dormant within the principal "STATE OF MICHIGAN" judiciary.

21. Around (mid-)July of 2020 the Primary Agent began exhibiting this more profound legal posture, regarding the dispute over title; by petitioning for an "Insolvency Proceeding", and, for "Review of Bonds" associated with the [January 9, 2017] "Judgment of Sentence" [currently] used against the [natural] "person" to maximize profits and proceeds from the Cestui Que Trust "maintained" and "administrated" by department of corrections.

NOTE: Since that time, this writer, as the [sole] "holder-in-due-course", has been incrementally perfecting security interest [necessary] to challenge title right; by which the [corporate] "STATE" of MICHIGAN claims to restrain the [fundamental] liberties and liberty interest of the natural "person", as its [esoteric] embodiment of "the prisoner", i.e. an "association" and "corporation" pertinent to the "trust estate"; thereby perpetually capitalizing upon [mutual] "interest" (e.g. investment securities, incomes, revenues, and the like) provided by "valuable consideration" embodying the "Judgment of Sentence".

22. Roughly a week later; MDOC-MTU Administrators at the "RICHARD A. HANDLON CORRECTIONAL FACILITY" instructed Law Librarian: Cora Leiter-Garcia to confiscate various [insolvency related] documents submitted by this writer for photocopying in the facility law library.

NOTE: Within days of said [insolvency] petition being seized by the MTU law librarian, under the pretense of MDOC "Contraband Removal" policy; the Primary Agent was [randomly] called-out by a "Security Classification Committee" and informed that the Principal Party was being reclassified to a Level 4 facility. MDOC Custodial Officers then proceeded to move the [physical] body, by force, to administrative segregation pending [that] transfer.

23. From (approximately) July 24, 2020 until September 22, 2020; this Real-Party-of-Interest was confined to administrative segregation at RICHARD A. HANDLON CORRECTIONAL FACILITY (MTU), where the complainant was targeted, abused, neglected, humiliated, retaliated against, denied mental health treatment, and in other ways mistreated until being transferred to designated: MDOC-MACOMB CORRECTIONAL FACILITY(MRF).

24. After arriving at the MDOC-MRF facility complainant was immediately and relentlessly subjected to situations [intentionally] devised to incite EMOTIONAL DISTRESS, DURESS, and MENTAL ANGUISH, that such might [deliberately] PROVOKE A MORE IMMINENT NEED FOR MENTAL HEALTH TREATMENT/SERVICES; only to have [any] such need which may have arisen under the provisions of MDOC-CMHP "Mental Health Services" Policy Directive and Operating Procedure guidelines either ignored, neglected, disregarded, and/or otherwise negated by the MDOC-MRF Corrections Mental Health Program conglomerate.

25. To further induce this writer's [psychological] anguish and distress; MDOC-MRF Administrative Personnel, Custody Officers, and CMHP Contractors conspired against complainant's Recipient Rights, such as by making it appear as though the natural "person" was being offered opportunities to avail the [superficial] Mental Health treatment and services, having [periodically] scheduled the "person" or [often times] had complainant [randomly] "called out" to attend "therapy" or "individual case-management" sessions; however, being [consistently] and ultimately denied treatment and services by [Custodial Officers] failing and/or refusing to open the warehousing unit cell assigned to "the prisoner".

NOTE: The Complaining Witness alleges that this was [repeatedly] done to provoke, antagonize, harass, distress, and otherwise frustrate complainant, and, that the same was part of a scheme [subsequently] used against him, to infer that "services and treatment" had been [consecutively] refused by the [presumed] "Recipient". The same fallacious insinuation was later applied as part of the narrative to convene several "Involuntary Treatment Order" hearing committees; with the [expressed] intent to force mind altering substances upon the Living Man, against his will, for reasons tantamount to efforts by the Suitor which exemplify [administrative/legal] endeavors desired for dis-charge of the [purported] "criminal" and "prisoner misconduct" liabilities; by exonerating, to-wit: vindicating, the [juristic] "person" by expressed protest of "charges".

26. On or about November 13, 2020; the MACOMB CORRECTIONAL FACILITY(MRF)-Residential Treatment Program(RTP), i.e. the "treatment" team, was sent a "Secured-Party Service Agreement", with attachments in support, via MDOC Disbursement Authorization through the U.S. Postal Service.

NOTE: The "Secured-Party Service Agreement" had been indicative of a [formal] offer to contract; whereby this writer had proffered COMMERCIAL NOTICE that no existing Contract (e.g. agreement) or Legal Process (e.g. Involuntary Treatment Order) was, at the time, current to condition legality of the expected CMHP participation being [forcibly] imposed. Said NOTICE [primarily] sought to establish a [figurative] platform of reciprocity; wherefore [private] stipulations to precise and mutually agreeable terms of Mental Health Services might have been achieved under less [illegitimately] invasive Treatment Conditions.

COMMON LAW NOTICE: "The law in Michigan recognizes an action for negligent interference with a contractual relationship based on a defendant's failure to perform a contract with a third party where the duty breached is imposed by the common law and not by the contract. [See: Freeman-Darling, Inc. v. Andries-Storen-Reynaert Multi Group, Inc., 147 Mich. App. 282, 382 N.W.2d 769 (1985)]

27. On or about December 14, 2020; after MRF-RTP Personnel continued to dishonor the Primary Agent's offer entitled: "Secured-Party Service Agreement", the Suitor followed-up with a document entitled "SECOND NOTICE", witnessed by an independent [neutral] party; then sent through the MRF institutional mail to RTP Personnel, advising [those] principal parties and agents about the potential for ramifications by administrative, civil or otherwise legal recourses for [continued] stultification of the [consumer] contract breaches.

28. On or about the 10th day of February (2021); complainant provided MDOC Director: Heidi Washington with [handwritten] COMMERCIAL NOTICE of existing FIDUCIARY BREACHES, and, of her [own] Personal Liability [potentially] incurred thereby. Said notice was sent Certified Mail by MDOC Expedited Legal Mail Form, via the U.S. Postal Service, and, receipt of said notice was acknowledged by Dir. Washington's [designated] agent, on or about February 16th 2021.

NOTE: Subsequent COMMERCIAL NOTICE was provided to the Seventy-Eighth District Court of first instance; the MDOC-MRF "war-den" of Bailee/Warehouseman: George Stephenson; members of the MICHIGAN Parole Board Agency; and, the Twenty-Seventh Circuit Court [Bailor]. Even so, "COUNTY OF NEWAYGO", as a political subdivision to "STATE OF MICHIGAN"; has [tacitly] accepted and [formally] acknowledged a cognizable separation of legal postures betwixt the natural and juristic "persons". More specifically, whereas a "return" on said notice, time-stamped by both courts, has established [definitively] divisible positions between the commercial status of the Trust, Estate, and Business Trust denoting a governmental subdivision, as the Real-Party-in-Interest: ISAIAH STEWARD ROBINSON, and; the flesh-and-blood status of the "individual" signifying an antithesis, i.e. the Primary Agent, Fiduciary Trustee and [sole] "Holder-in-Due-Course" of instruments regarding the estate, as a Real-Party-of-Interest who goes by: Isaiah Steward Robinson.

The first party a Living Soul, the second party a Civilly-Dead entity; each presenting in the instant matter as separate and distinguished from one another, whether construed "under" or "at" Law, in Commerce, or [however] otherwise inclusive, exclusive, perceptible, cognizable, or exempted. [Reference: MCL 440.3302 (1)(a)(b); MCL 440.3306 et. seq.; and MCL 440.3309 et. seq.]

COMMON LAW NOTICE: "Notice, for purposes of defining a holder in due course, includes receiving a notice or notification of a fact or having reason to know that the fact exists from all the facts and circumstances known at the time in question. [See: Barbour v. Handlos Real Estate & Bldg. Corp., 152 Mich. App. 174, 393 N.W.2d 581 (1986)]

29. On or about March 17, 2021 this writer sought Administrative Remedy, via the MDOC Grievance Procedure; to expand the record by which stultification of said "Secured-Party Service Agreement" is documented as evidence. At any rate, the issue was only [further] negated by MDOC-MRF employees and contractors, including MDOC grievance "appellees", without a hint of reasonable consideration by MDOC Administrators.

30. Demonstrating [unequivocal] acts of REPRISAL for the MDOC Grievance Form filed on or about March 17, 2021; MRF-RTP Social Worker: Carol Wasiak MALICIOUSLY FALSIFIED and FABRICATED a Parole Board Psych Evaluation report, on or about April 7, 2021. That documented act of malice by Carol Wasiak resulted in the Real-Party-of-Interest being PREJUDICED, sustaining "irreparable injuries" and continuing damages, via a subsequent denial of the "prisoner's" parole, i.e. the parole board agency's decision to continue holding the Primary Agent as [presumed] surety [despotically] necessary to secure payment of the cumulative charge(s).

NOTE: Said "charges" include, but must not be construed as limited to claims [clandestinely] affixed as liability evidenced by the [supposed] bond or obligation of records, in the form of said "Judgment of Sentence", and, subsequent "charges" deposited into the Trust, via Chattel Paper for profit regarded as "prisoner misconducts".

COMMON LAW NOTICE: "Equity should not be used to obtain injunctive relief where there is no proof that complainant would suffer irreparable injury". [See: School Dist. Michigan State Tenure Com., 367 Mich. 689, 117 N.W.2d 181 (1962)]

31. On or about April 15, 2021; Carol Wasiak and Vasilis Pozios, acting [maliciously] in concert, imagined the plot to empanel a [sham] hearing committee for [capricious] enforcement of several malevolently devised Involuntary Treatment Orders.

32. On or about June 22, 2021; the final STEP-3 Appeal of the issue dated March 17, 2021 was mailed to the Grievance Section of MDOC Office of Legal Affairs. [Reference: Grievance Identifier: MRF 2021 03 0750 28B]

33. On or about July 12, 2021; the vehement torch of reprisal, under color of law, was relayed from co-worker and business partner Carol Wasiak to Social Worker: Alfred Taylor; who undertook revival of the [previous] 90-day Involuntary Treatment Order, wherefrom, another 90-day order was imposed on or about July 15, 2021.

34. Most recently, between January 3, 2022 and January 10, 2022; Alfred Taylor and Vasilis Pozios expanded the "Represented persons" MDOC-CMHP record by means of yet another [unwarrantable] sequence being added to the continuity of their RETALIATORY CONFEDERACY.

35. As of January 12, 2022 the final "Involuntary Treatment Order", to date, was imposed by an MDOC-CMHP committee; with the expressed intent to INVOLUNTARILY force unspecified TOXIC CHEMICAL SUBSTANCES upon the Real-Party-of-Interest, under the pretense of "required treatment" to deliberately and subversively incapacitate or befuddle the Living Man, thereby, exhibiting overt RETALIATIONS for One's refusal to acquiesce in a manner that would concede to this manifestly [ongoing] "MISCARRIAGE OF JUSTICE", as-well-as, to the UNLAWFUL jurisdiction and authority of the MDOC .

36. Since as early as [approximately] January 17, 2017; Mental Health Service Providers under (ambiguous) contract with the MICHIGAN DEPARTMENT OF CORRECTIONS (MDOC), a Commercial Warehousing Enterprise, have acted relentlessly and mercilessly against the regarded estate, as agents for the Principal: STATE OF MICHIGAN seeking to [consequentially] impose its [typically] unjust and unwarrantable "treatment" methods upon the Natural Born person: Isaiah Steward Robinson as a premise and predicate to "downplay" his civil and legal claims as symptoms of "mental illness".

37. On many if not most occasions alluded to; the "CORRECTIONS MENTAL HEALTH PROGRAM"(CMHP) has [perversely] exercised its [de facto] legislative power and authority, maliciously and nefariously, for [punitive] reasons which appear to be far outside the scope of any relevant ["public policy"] application.

38. CMHP personnel at MACOMB CORRECTIONAL FACILITY (MRF), namely Carol Wasiak; Vasilis Pozios; Bianca Tic; and Alfred Taylor have colluded with their co-business partners and [clinical] colleagues to formulate a confederacy against the Private, Personal, and Uniform Rights of complainant's estate, and secure financial advantages that [unquestionably] benefit a Creditor Relationship between the corporate "STATE" OF MICHIGAN and its "MICHIGAN DEPARTMENT OF CORRECTIONS" commercial warehousing enterprise.

39. MICHIGAN DEPARTMENT OF CORRECTIONS, by and through its subsidiary corporation known as "CORRECTIONS MENTAL HEALTH PROGRAM"; has instituted a remarkable system of "double-standards" in connection to subsidies arising from [cumulative] sources of funding premised upon [ambiguous] "Treatment and Services" that may or may not be available and provided to "persons" being committed to department of corrections.

NOTE: This suit entreats a Chancellor-Judge to call into question the [vague] predicates being used and applied by principal parties to generate revenue(s) and other income(s), accruing from the monetization of "prisoner" debt, passing through CESTUI QUE TRUST account(s) "maintained" and "administrated" by department of corrections. In particular, this action seeks scrutiny and examination of the "STATE" Administrative methods and Commercial practices used against complainant, not unlike those criminalized under the [federal] Racketeer Influenced and Corrupt Organizations Act (i.e. "RICO ACT").

COMMON LAW NOTICE: "When any matter becomes involved in chancery suit, necessities of equity and justice require that all persons and all things concerned in controversy shall be brought before court to have their respective interest charged or protected, and to end controversy once and for all." [See: Sternberg v. Baxter, 373 Mich. 8, 127 N.W2d 872 (1964)]

40. Viewed circumspectly, the "double standards" referred to signify (as it were) "double dipping"; since Qualified Mental Health Professionals (QMHP's) under contract with MDOC contribute unequivocally, in a duplicitous fashion, to capital, interest, and revenue(s) circulating from "the prisoner". As such, revenue and income is generated by virtue of [receivership] security and credit the [natural] person provides in the capacity of presumed surety; being [likewise] construable as collateral to "prisoner" escrow accounts. The same proceeds and profits are indubitably returned back as income gained from stock sold in the prison system by underwriting prisoner accounts as PRIVATE INVESTMENTS SECURITIES.

41. On one hand MDOC-CMHP contractors appear to be helping increase coffers for "STATE" OF MICHIGAN commercial revenue(s) by means of [co-signing] MDOC administrative processes that [forcibly] subject the Primary Agent to function as a BHCS-CMHP asset; under legislation promulgated to legitimize "Involuntary Treatment Orders" predicated upon the [subjective] clinical opinions of those same BHCS-CMHP contractors. In particular, on the basis of vague opinions that imply "the 'person' has a substantial disorder of thought or mood which significantly IMPAIRS JUDGMENT, BEHAVIOR, CAPACITY TO RECOGNIZE REALITY, and ABILITY TO COPE WITH ORDINARY DEMANDS OF LIFE". Howbeit, on the other hand, MDOC-CMHP clinicians have [also] regularly engaged in acts of [cognizable] FRAUD against the Business Trust and Estate; with repeated endorsements of [official] records and documents that insinuate the "persons" are [cognitively] lucid enough to be responsible for MDOC maintenances of "chargeable" actions and conduct, therefore, that the account ledger is liable on the public side for alleged "prisoner misconduct" charges, along with the cost incurred for "services" [purportedly] being rendered by [customarily] counterfeited and forged "Involuntary Treatment Order(s)".

42. Examples of instances demonstrating how "Involuntary Treatment Orders" were counterfeited and forged against [the] regarded "persons", including but not limited to complainant, are not exhaustive by the following incidents:

(1) Between October 2020 and March 2022, acting as Agents to the Principal; CMHP Personnel: Carol Wasiak and Alfred Taylor, did, BREACH CONTRACT with the Principal by failure to comply with [legislative] responsibilities, obligations, and duties; including but not limited to a binding indenture to offer Civil Servitudes designated under Public Act 258 of 1974; Public Act 636 of 1978; and Public Act 252 of 1993. In that context, Carol Wasiak and Alfred Taylor are [therefore and hereby] alleged to have callously abused, misused, and neglected their [lawful] powers to "act" by [specifically] delegated and precisely regulated authority under the laws for "STATE OF MICHIGAN", having:

* CONSPIRED with coworkers and business partners to stultify the November 13, 2020 "Secured Party Service Agreement" and deny the Primary Agent's Legal Right, Fiduciary Duty, and Proprietary Privilege to:

(a) participate in and "develop a written individual plan of services";

(b) "establish meaningful and measurable goals";

(c) be informed of the "individual(s) in charge of implementing the plan of services";

(d) "receive mental health services suited to his... condition... in a protective environment", which is the ...least restrictive setting that is appropriate and available"; and,

(e) "be treated with dignity and respect" in accordance with all relevant terms and conditions of the [consumer] contract.

PLEASE TAKE NOTICE: Both Carol Wasiak and Alfred Taylor were given ample opportunities to comply with [their] contractual duties, obligations, and responsibilities; by at least engaging with the complainant in a partnership to establish a "Person-Centered Treatment Plan", with goals "meaningful and measurable" to the complainant's [individual] mental health diagnosis and treatment needs. Nevertheless, in lieu of setting aside time to achieve such a written plan; Carol Wasiak took it upon herself to [independently] generate a "makeshift" treatment plan, dated October 2, 2020. The same "Treatment Plan, which complainant was [ultimately] furnished a copy of on the 22nd day of November (2021), remained the only [known] Treatment Plan on record to date. When informed by complainant that this writer had no knowledge of that plans creation, and, had not participated at all in its development; Alfred Taylor responded "take it or leave it", refusing to allow complainant the chance to participate in the development of a [personalized] Treatment Plan suitable to One's [own] individual goals for treatment and/or treatment needs.

** CONSPIRED with coworkers and business partners to DEFRAUD the "Business Trust" and "Life Estate", constituting [further] BREACH OF CONTRACT with the Principal, thereby, expressly ENCROACHING UPON and ultimately DENYING [Recipient] Rights, Benefits, and Privileges; including but not limited to the right(s) to:

(a) receive services SUITED TO HIS CONDITION.

(b) be provided services in a SAFE, sanitary, and humane treatment environment.

(c) be offered services in the LEAST RESTRICTIVE SETTING that is appropriate and available.

(d) have the right to BE TREATED WITH DIGNITY AND RESPECT in a "PROTECTIVE ENVIRONMENT".

(e) receive "TREATMENT BY SPIRITUAL MEANS if requested".

(2) Contrary to Public Act 258 of 1974; Public Act 636 of 1978; and Public Act 252 of 1993, i.e. MENTAL HEALTH CODE; On or about October 20, 2021, MRF-RTP personnel, including but not limited to Alfred Taylor and Vasilis Pozios, acted-in-concert to:

* DEFRAUD the Cestui Que Trust and Life Estate of the above named "person", under false pretenses; by lying and falsifying [official] documents, including Mental Health records, to impress a committee of their coworkers and business partners with fabricated clinical opinions based on the belief they had evaluated this writer [October 19, 2021] despite having no [recent] contact with complainant prior to October 20, 2021.

NOTE: On October 20, 2021 complainant was [twice] confronted by Alfred Taylor; however, each time Recipient was reluctant to engage Alfred Taylor as party acting | in the interest of the Principal, because of disingenuous, dishonest, and fraudulent interaction from Alfred Taylor on prior occasions. Therefore this writer declined to speak with Vasilis Pozios over the phone in Alfred Taylor's office, or directly with Alfred Taylor on October 20, 2021; because of concerns about ongoing FRAUDS and SUBVERSIONS.

** CERTIFIED, FORGED, and FALSIFIED [mental health] records with a deliberate intent to insinuate that Alfred Taylor and Vasilis Pozios interviewed complainant, on or about October 19, 2021; as a requisite to maintaining the momentum established by a [laughably] fallacious narrate imagined by Carol Wasiak to impose Mental Health Services, on an Involuntary basis, as follows:

~ In the Initial (CHJ-322) report generated by QMHP: Alfred Taylor, he alleges that:

(a) "negative behaviors towards and interactions with RTP and custody staff";
(b) "history of paranoia and longstanding pattern of pervasive distrust";
(c) "constant suspiciousness";
(d) "inability to regulate emotions";
(e) "low frustration tolerance"; and,
(f) "lack of incite into the need for mental health treatment has led to the decision for an involuntary panel hearing."

~ In the Initial Comprehensive Psych Evaluation (CHJ-307) and Physician's Certification (CHJ-302) reports generated by QMHP: Vasilis Pozios he {notably} mirrors the report of QMHP: Alfred Taylor exactly. Howbeit, Vasilis Pozios also implies, among other [additional] fabrications, that a "history of paranoia" and "longstanding pattern of pervasive distrust and suspiciousness of others", often results in:

(a) "agitation";
(b) "assaultive behavior";
(c) "suicidal behavior"; and,
(d) "the belief that other people intend to conspire against, exploit, harm, deceive, or assault him... in the absence of evidence..."

Provider Pozios [vaguely] attempts to expound upon those unsubstantiated and erroneous conclusions; by stating that "Mr. Robinson has displayed erratic behavior when paranoid, resulting in multiple 'ROBERTA-Rs' and suicide precautions in response to suicidal ideations." These statements are neither accurate or true, nor are there any instances of proof to substantiate those claims; especially as being evidence relevant or reliable for purposes of enforcing the sequence of Involuntary Treatment Orders spearheaded by Carol Wasiak in April 2021. When these and similar challenges to the accuracy, reliability, and relevancy of "evidence" were raised by complainant, before the [divers] hearing committees; each and every time the committees, comprised of Carol Wasiak and Alfred Taylor's coworkers and business partners, completely ignored, negated and disregarded this writer's objections to admissibility of the [tainted] evidence.

PLEASE TAKE NOTICE: Of all the [collective] evidentiary claims by Carol Wasiak, Alfred Taylor and Vasilis Pozios, supposing to be [cumulatively] substantiated by other [clinical] opinions and [feigned] claims; none of the QMHP's were ever able to present or otherwise provide evidence of [any] specific incident(s) or example(s) apart from six misconduct tickets written on March 1, 2021. With respect to those six "tickets" for "Disobeying a Direct a Order", reported on March 1, 2021; the (initial) "Prisoner Misconduct" report, by Sergeant Purdom's own admission, was written against complainant for refusing to abandon an oral grievance; therefore the actions construed as "misconduct" were clearly demonstrative of exercising conduct protected under the constitution. With regards to the five remaining "tickets", each arising from the same [3/1/21] incident; four of those five "Disobeying a Direct Order" claims (written for refusing the [same] strip search five [consecutive] times) were dismissed during [the] associated administrative process.

(3) QMHP Vasilis Pozios took occasion(s) several times, between April 15, 2021 and January 12, 2022; to boldly certify and stand by recommendations, stating [in so many words] that the use of mind altering [pharmaceutical] drugs would be a "suitable" means of discouraging, subduing, and preventing complainant from litigating matters pertinent to vindication, exoneration, and/or, reporting mental health recipient rights concerns. In fact, Vasilis Pozios has successively generated "CHJ-307" reports to hearing committees, using the premise that "Mr. Robinson has written several grievances and contacted various state agencies regarding his paranoid beliefs"; as being among the predicates supposing to recommend an Involuntary Treatment Order should be imposed. MDOC-QMHP Vasilis Pozios has even gone so far as to verbalize the same and similar pretense during Involuntary Treatment Order Hearings; to find occasion for the [corporate] "STATE" of Michigan to begin targeting complainant, all over again, with forced medication compliance for such purposes as subduing and stifling [his] cognitive functioning.

Based exclusively on the reports submitted by MDOC-QMHP's to their "Involuntary Treatment Order" constituents; it cannot be [plausibly] denied that the clinical opinions synonymous with evidence to support those narratives hinge [remarkably] upon an underlying desire to silence this writers grievances and complaints. More precisely, grievances to "various state agencies" surrounding suspected and apparent abuses, including neglect, among other maltreatments of "mentally ill" and "developmentally disabled" individuals committed to the MDOC. For these reasons and more this action intends to expose and exploit inhumane, oppressive, vexatious, cruel, unusual, injurious, and therefore [contemptibly] unlawful practices and policies being implemented against and subjugated upon "mentally ill" and "developmentally disabled" individuals within the MDOC-CMHP, particularly at the MRF-RTP facility.

NOTE: Since as early as age 5 (i.e. five) "STATE OF MICHIGAN", by and through its instrumentalities (e.g. "BALDWIN COMMUNITY SCHOOLS", "NEWAYGO COUNTY COMMUNITY MENTAL HEALTH", and "MICHIGAN DEPARTMENT OF CORRECTIONS"), including but not limited to the "Bureau of Healthcare Services-Corrections Mental Health Program" and "MDOC Parole Board Agency", has been engaging in a [determined] confederacy, for execution of an. agenda causing this writer to experience and suffer from [drug induced] symptoms of varying "mental illnesses" and other emotional disorders. For most of complainants 39 years on this earth "STATE OF MICHIGAN" has managed to relentlessly institute or else arrange scenarios to [forcefully] administer unspecified concoctions of psychotropic medications, in [often] unspecified doses; resulting in [sporadic] instances of "visual/auditory . hallucinations", "psychotic episodes", "suicidal/homicidal ideations", as well as other behavioral and/or psychological issues that were caused by the adverse effects of those drugs.

(4) SUBVERSIVE INTENT and ACTS OF SUBTERFUGE noticeably evinced by the Physician's Certification(s) of Vasilis Pozios, on or about the dates of: 4/19/21, 7/12/21, 10/19/21; and 1/12/22; wherein he himself submits that "pervasive distrust and suspiciousness of others"; " the belief that other people intend to conspire against, exploit, harm, harass, deceive..."; "paranoid beliefs regarding intentions of corrections officers and staff", along with [phantom] "misconduct tickets", are among the "facts serving as the basis" supposing to necessitate the sudden influx of Involuntary Treatment Orders undertaken against the Principal Party: ISAIAH STEWARD ROBINSON. Remarkably, that [sudden] sequence of Involuntary Treatment Orders came to fruition ONLY AFTER the Primary Agent mailed MRF-RTP Personnel a "Secured Party Service Agreement" in November 2020, then, filed a Grievance in March 2021 after that perceptible contract offer was stultified by CMHP Personnel.

NOTE: The proximity between complainants' exercise of his Fiduciary Duty, pertinent to the Mental Health Consumer Contract, by undertaking prophylactic measures attempting to guarantee Recipient Rights protections, in contrast to, the date on which Carol Wasiak [first] sabotaged the "parole" probability before launching a campaign to attack the viability of complainant's mental fortitude; unquestionably completes the [requisite] circuit, connecting cause-with-effect to exemplify and demonstrate REPRISAL.

Specific to this cause SEEKING AN INJUNCTION because of ABUSES, NEGLECTS and DAMAGES, by MDOC and its CMHP personnel, is a tandem DECLARATORY DECREE; stating that the power, jurisdiction and authority MDOC assumes to enforce over the "United States person" IS SOLELY CONFINED TO THE AREA OF CONTROL IT PRESUMES OVER THE PLAINTIFF STRAW-MAN in the regular-course-of-Business. The same truth serves as incontrovertibly evidence that "STATE OF MICHIGAN", as a corporate entity, is undoubtedly empowered by the mere ideas and imaginations of men and women; making MDOC incapable of usurping Freehold, Liberty Interest, and Absolute Rights of the Real Party of Interest indubitably created by God. In particular that MDOC-CMHP is foreclosed from acting or proceeding against the Living Man without a contract demonstrating the individual's intelligent consent and conscientious acceptance. The Real-Party[of-Interest has recorded documents with the STATE OF MICHIGAN/State of Michigan; to be lodged in the PUBLIC RECORD as proof that Plaintiff-Petitioner: ISAIAH STEWARD ROBINSON is a corporate entity without substance or form, albeit, the Real Party [of Interest, Isaiah Steward Robinson, is a Living, Breathing, Sovereign, Flesh-and-Blood-Man.

NOTE: "That the majority shall prevail, is a rule posterior to the formation of government, and results from it. It is not a rule binding upon mankind in their natural state. There, every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellow-men without his consent." [See: Executors of Cruden v. Neale, 2 N.C. 338, at 2 (1796)]

NOTE: Let this record reflect how audaciously insidious the "treatment" recommendations of Vasilis Pozios have been to the various committees; seeking approval for nebulous classes of drugs to be used on the [natural] person, in unspecified doses; with the expressed intent to discourage, subdue, and prevent complainant from reserving the necessary cognition for pursuing litigations. More specifically, litigation of matters pertinent to One's vindication, exoneration, declaration of sovereignty, and concerns related to suspected and apparent abuses of individuals with mental illnesses and/or developmental disabilities; among other maltreatments, including acts of negligence by the MDOC.

(5) Between April 2021 and October 2021 CMHP-QMHP: Bianca Tic, did also:

* BREACH CONTRACT with the Principal: STATE OF MICHIGAN; by failure to comply with responsibilities, obligations, and duties required thereby, including but not limited to abandoning terms and conditions of her binding indenture to offer Civil Servitudes designated under Public Act 258 of 1974; Public Act 636 of 1978; and Public Act 252 of 1993. Bianca Tic is [specifically] alleged to have callously abused, misused, and neglected authority and powers to "act" under "STATE" law as an agent for the MDOC-CMHP, by:

* VIOLATIONS and DEPRIVATIONS of recipient rights on April 23, 2021; having refused to arrange or allow for this writer to have the record of a 4/23/21 [responsive] Appeal from the Hearing Committee Decision [necessarily] notarized prior to being submitted for review. The pretext used to subvert complainant's appeal strategy had been a dubious reference to the [corporate] Standard of Law requiring such appeal to be "filed within 48 hours" of the Represented person receiving the hearing committee report and order. Be that as it were; Bianca Tic [still] could not have submitted said appeal within the 48 hours, whereas, the decision rendered and returned by the CMHP Director's designee had been both time-stamped and signed May 19, 2021; indicating that it was not even received by that office until more than 3-weeks after Bianca Tic retrieved the appeal application from complainant. In addition, Bianca Tic expressly refused to [legibly] sign as a witness to the decision being appealed; wherefore, this writer submits that her unwillingness to acknowledge that acceptance of the liability is construable as a tacit admission of her intent to improperly conduct herself as an agent for the principal.

FOR THE RECORD: It also seems important to note that the statutory authority which sets forth legislative requirements for specific performances with respect to handling appeals of decisions made by Involuntary Treatment Committees; requires a decision regarding any such an appeal to be rendered by the CMHP Director "within 2 business days after receipt of appeal". However, neither the 4/23/21 appeal nor complainant's [earlier] "appeal of hearing committee decision", dated 1/27/17, were responded to "within 2 business days". Even so, those appeals were apparently not submitted by the agents responsible for doing so "within [the] 48 hours"; thereby demonstrating [additional] MDOC-CMHP "double standards" with respect to [their] compliance with the Laws governing the contractual obligations of Mental Health "treatment" and "service" providers. [Reference: MCL 330.2003c (8)]

(6) Between April 21, 2021 and April 23, 2021, then subsequently, between October 20, 2021 and October 22, 2021; on occasions when Bianca Tic was designated to act in the capacity of an agent for the principal, being obligated to advise complainant for purposes of protecting Recipient Rights in preparation for Involuntary Treatment Order Hearings on 4/21/21 and 10/22/21; QMHP: Bianca Tic colluded with her CMHP co-workers and business partners to undermine recipient rights relevant to evidence being presented to the Hearing Committee. This was accomplished by Bianca Tic in ways that include but shall not be limited to:

(a) Refusing to arrange video conferencing with complainant's Mother: Marilyn Robinson or contact her by phone; for purposes of being a witness during an Involuntary Treatment Order hearing. The pretext used to deprive complainant of the right to have a witness speak to the committee on his behalf had been the predicate that One declined to validate a [questionable] adhesion contract with the MDOC-CMHP; by signing a "release of information", which, the principal parties claimed to be a requisite for the provision of that [statutorily protected] "right" to call upon witnesses during said hearing.

(b) In particular, on April 21, 2021 and October 21, 2021; Bianca Tic intended to dupe complainant into signing the [contractual] instrument, which would have [thereby] caused complainant to undermine his own [FIDUCIARY BREACH] claims against the corporate STATE OF MICHIGAN. Bianca Tic thought she might achieve such a feat by simply denying that the same could constitute a contract; even despite the seemingly common knowledge that any "lease", including a "re-lease", signifies a [cognizable] contract.

COMMON LAW NOTICE: "Fraud in execution of an instrument of release, whereby proponent thereof tells signatory that instrument does not mean what it clearly said, voids instrument and does not require signatory to return consideration as prerequisite to setting aside alleged bargain." [See: Paul v. Rotman, 50 Mich. App. 459, 213 N.W.2d 588 (1973)]

(c) ATTEMPTING TO CONCEAL RECIPIENT RIGHTS VIOLATION by excusing those instances when complainant sought advice consistent with Bianca Tic's designated capacity to assist in the protection of recipient rights; despite explaining to her that Vasilis Pozios had falsified and fabricated his 10/19/21 "Comprehensive Psychological Examination" and "Physician's Certification" reports, by insinuating he [personally] examined this writer before certifying the record for an Involuntary Treatment hearing to commence on 10/22/21. At that time Bianca Tic [completely] negated and proceeded to justify those crimes by regarding them as mistakes, oversights, or otherwise [negligible] error.

(d) NEGLECTING and FAILING to take any interest; by making no effort to see that complainant's recipient rights were protected, or, to ensure that the information in the record was accurate in that regard; even despite being required to do so under the "STATE" Law authorizing Bianca Tic to act in the capacity of an agent for the principal "STATE OF MICHIGAN", after being [expressedly] confronted with proof and evidence of FRAUDS, MATERIAL MISREPRESENTATIONS, FALSE INFORMATION, and other CRIMINAL MISCHIEFS surrounding the hearing process.

(e) KNOWINGLY, WILLINGLY, and VOLUNTARILY COLLUDING with: Carol Wasiak, Alfred Taylor, and Vasilis Pozios to violate [legislatively] protected Recipient and Consumer Rights; by conspiring against the Trust Estate herein at issue, whereas, Bianca Tic deliberately chose to ignore and excuse complainant's oral grievance pertaining to apparent and suspected rights violations surrounding the hearing process.

NOTE: Each time complainant was lured into a forum devised to subjugate him to a dubious MDOC-CMHP [adhesion] contract, via trickery and deceptions motivated by the aforementioned REPRISALS and FRAUDS; the Recipient Rights were [premeditatedly] IMPEDED and DEPRIVED, while, the [standard] mental health Consumer Contract provisions were being INFRINGED upon or else [overtly] VIOLATED by the respective Involuntary Treatment Committees being confederate with MRF-CMHP Personnel. The context of [most] privations and violations include, but must not be limited to, each individual committee members reliance on so-called "evidence" they knew or should have known contravened legislative requirements; by being [remarkably] irrelevant, repetitious, and unlikely to be relied upon by a person in the conduct of everyday affairs. At any rate, no committee was ever dissuaded from reliance upon the [violative] information; even in spite of having regarded statutes recited by complainant during those respective hearings.

(7) MDOC-CMHP Provider: Vasilis Pozios, contrary to [his] obligations, responsibilities, and duties set forth by: Public Act 258 of 1974; Public Act 636 of 1978; and Public Act 252 of 1993, i.e. the MENTAL HEALTH CODE authorizing him to act as an agent for the Principal: STATE OF MICHIGAN, did:

(a) submit (materially) FABRICATED, MISSTATED, FALSIFIED, EXAGGERATED, MISREPRESENTED and UNSUBSTANTIATED information for consideration by the Hearing Committees on 7/14/21 and 10/21/21; which information had been the virtual "cut and paste" rendition of his "Comprehensive Psychological Examination" and "Physician's Certification" reports generated when he, and Carol Wasiak, first undertook this RETALIATORY CONFEDERACY on or about April 15, 2021.

43. This complaint alleges the existence of a [confederate] status quo amid [principal] parties to the MDOC-CMHP conglomerate; whereby a [systemic] alliance is in place to [punitively] befuddle the consciousness of [undesirably mindful] individuals which have been "committed" to MDOC, including but not limited to this writer. As a Complaining Witness in this matter; the natural "person" has [repeatedly] witnessed and experienced executions of, and [other] attempts to execute, [customary] MDOC-CMHP practices for purposes of deliberately and intentionally inducing "PSYCHOTROPIC CONSTIPATION" by means of concocting [psychiatric] "PRESCRIPTION STRAITJACKETS" that numb-and-"govern mental" into a [lullabied] "state" of lethargic complacency.

NOTE: This action proposes investigation of these and other tactics being [unlawfully and inhumanly] imposed upon the [vulnerably defenseless] psyche's of helpless individuals, as [ad hoc] disciplinary measures applied by the MDOC-CMHP to [conveniently] mitigate or eliminate [perceivable] risks of [civil] liability and/or [potential] threats of [criminal] culpability against the [principal] "STATE" and its [corporate] constituency. Similar attempts to confuse and quiet this writer, dating back to as early as the 17th day of January (2017), are-in-fact [perspicuously] evinced by CMHP records as recent as the 10th day of January (2022), not limited to those in the form of Physician's Certification(s) made by "Forensic Psychiatrist": Vasilis Pozios on or about the dates of: 4/19/21; 7/12/21; 10/19/21; and 1/10/22, respectively.

44. The Primary Agent [additionally] submits that it would be impossible to ignore or else excuse such a [conspicuous] "proximate cause" as what lies between this writer's [November 13, 2020] "Secured-Party Service Agreement", followed by a [March 17, 2021] grievance that names "STATE" Agent: Carol Wasiak as being among the [foremost] culprits engaging in FRAUDS against the Principal Party's estate; which [then] obviously fueled the [vengeful] animosities exemplified by an [April 7, 2021] "Parole Board Psychological Evaluation" report being [blatantly] fabricated and [boldly] falsified in response to a [April 5, 2021] request for evaluation from the MDOC-Parole Board Agency, and, her subsequent undertakings of Involuntary Treatment Orders against the Suitor. {Reference: Grievance Identifier MRF 2106 1307 12B}

The Plaintiff in this matter has been a "Consumer" of Mental Health Services for over (30) years. The Mental Health Services which the "Recipient" has benefitted from, though briefly fluctuating in consistency from time to time, include the in-patient, outpatient, and the lot of treatments generally provided in community settings. Quite apparently; the Recipient is no stranger to the supposed "treatment" and "services" said to be available within the MDOC-CMHP. [emphasis on "said to be available"]. The significance and relevancy of re-cognizing this writers past struggle with the demonic spirit of "Mental Illness", aims to compel this forums attentiveness towards the cognizable parallels linking the Recipient's innate understanding of these matters, derived from PERSONAL EXPERIENCES of how Mentally, Intellectually, and Developmentally Disabled individuals MUST be cared for, with One's inherent sense of consciousness with respect to what considerably constitutes ABUSE and NEGLECT of people who suffer from or cope with the cognitive deficits and impairments often identifiable as disabilities, or otherwise dis-function of the psyche. But for this Suitor's faith in the grace, mercy, and healing of God; the restoration of his mental health could not manifest in a way which supernaturally strengthens the Psychological Immune System; to-the-end-that Recipient's self-esteem has overcome all necessity for Mental Health Services that are not embodied by faith and reliance on "Nature's God".

45. As such, this suit claims that Agent: Carol Wasiak acted with MALICE and FORETHOUGHT on 4/7/21; causing IRREPARABLE INJURY, PREJUDICE, and DAMAGES [ongoing] since about the date of May 12, 2021. But for the [egregious] conduct calculated by Agent: Carol Wasiak, in the above regard, MDOC-Parole Board Agency members: Sonia Amos-Warchock and Timothy S. Flanagan would [perhaps] not as likely have refused to "parole" the prisoner's account, whereas, the prospect of parole had been [remarkably] more definite under circumstances where "parole" reconsideration by the "agency" had been [significantly] earlier than expected, or even expressed, by the Parole Board's [prior] decision at the close of 2020.

46. The Complaining Witness [further] alleges that [to date] each of the MDOC-Parole Board Agency's [subsequent] decisions to continue holding this writer must have been [substantially] influenced by an [effectually] amalgamated conglomeration of deception(s) from the MACOMB CORRECTIONAL FACILITY and CORRECTIONS MENTAL HEALTH PROGRAM. The Primary Agent [therefore] submits that [deceitful] conduct by MDOC employees and CMHP contractors has expanded the record of mortgage, by which the Parole Board Agency is shown to presume this writer is the surety [necessary] to secure payment of charge(s) purporting to affix liability, evidenced by the [1/9/17] Judicial Lien [and] ensuing "prisoner misconduct(s)"; resulting in the "parole" boards obvious reluctance to renegotiate terms of the mortgage/bailment in consideration of a (re-)lease agreement.

47. On at least 4 [separate] occasions, within the span of two-years after the Primary Agent's [November 13, 2020] "Secured-Party Service Agreement", followed by the [March 17, 2021 and June 7, 2021] MDOC grievances [identifiers: MRF 2103 750 28B and MRF 2106 1307 12B] being submitted; the same proximate cause gave rise to such ["make-believe"] predicates as: (1) "pervasive distrust and suspiciousness of others"; (2) "the belief that other people intend to conspire against, exploit, harm, harass, deceive..."; and (3) "paranoid beliefs regarding intentions of corrections officers and staff", along with cumulative "misconduct tickets", which was all [eventually] exaggerated by the [lobbied] "clinical opinions" rendered from MDOC-CORRECTIONS MENTAL HEALTH PROGRAM contractors to reckon "facts serving as the basis" [supposing] to necessitate a series of [vindictive and repetitious] Involuntary Treatment Orders.

" WOE UNTO them that decree unrighteous decrees, and that write grievousness which they have prescribed; To turn aside the needy from judgment, and to take away the right from the poor of 'My People', that widows may be their prey, and that they may rob the fatherless!

And what will you do in the day of visitation, and in the desolation which shall come from far? To whom will you flee for help? And where will you leave your glory?

Without Me they shall bow down under the prisoners, and they shall fall under the slain. For all this his anger is not turned away, but his hand is stretched out still ". [Reference Isaiah 10:1-4 (KJV)]

48. Many shenanigans are subject to be exposed by examination of records surrounding the series of "Involuntary Treatment Orders", including the audio recordings made during the individual hearings, demonstrating how the motive(s) for instituting those "panel" hearings were [clearly] incited from a place of [mendaciously] unsubstantiated, exaggerated, and bias opinions rendered by [collusive] Corrections Mental Health Service providers in response to this writers "Secured Party Service Agreement" and ensuing grievances. The same illustrates subsequent FRAUDS occurring, in open perpetuity, revealed by the [presumed] Recipient being [repeatedly] certified as having a: "Delusional Disorder"; a "Paranoid Personality Disorder"; and an "Unspecified Anxiety Disorder".

49. Nevertheless, in light of no [remarkable] evidence of the Suitor being a "person requiring treatment" as defined by "STATE" Mental Health Code; apart from a history of "psychiatric symptoms" induced by forced medication compliance dating back to early childhood, the record will show this writer has been victimized, traumatized, and suffered damages by having to experience and witness ongoing emotional and physical injury to himself and others within the MDOC-CMHP.

50. At which time the Complainant managed to overcome INTENTIONAL INFLICTIONS OF EMOTIONAL DISTRESS, having "came to his senses" by virtue of [spiritually] overcoming MENTAL ANGUISHES regarding [these] subjections-to-and-threats-of [traumas] associated with 'merely' being in the MRF-RTP setting; this writer [forwardly] undertook prophylactic measure for [his] safety by means of assaying to proffer the "Secured Party Service Agreement" with MDOC-CMHP personnel.

NOTE: One's emotional and physical trauma was only exacerbated by the [concentrated] RETALIATIONS that ensued; beginning with the deceptively misleading "Parole Board Psych Evaluation" report, then, the multiple "Involuntary Treatment Orders" triggered and openly justified by One's [civil, criminal, and commercial] claims outlining this [instant] REQUEST FOR INVESTIGATION, surrounding FALSE ARREST, WRONGFUL CONVICTION, and UNLAWFUL IMPRISONMENT warranting [executive] redress of grievances.

I, Isaiah Steward Robinson; am a Living, Breathing, Flesh-and-Blood-Man; created Sovereign, in the image of the Living God, to wit, by the Sovereign Lord of Host. [Reference: Holy Bible, King James Version, Book of Genesis, Chapter 1, Verses 26 and 27].

I am not one and/or the same with any Corporation or the "make-believe" entity YOU refer to as the "Defendant", "Offender", or "Prisoner" accounted for, in Trust, under the Ens Legis Tradename: ISAIAH STEWARD ROBINSON.

ISAIAH STEWARD ROBINSON is the "United States person" signifying a transmitting utility created without My knowledge, understanding or consent, by the "UNITED STATES" d/b/a "STATE OF MICHIGAN". The Personalty designated: ISAIAH STEWARD ROBINSON presents ONLY a "Legal Fiction" denoting the third-party transferee domiciled in Washington, D.C., i.e. in the District of Columbia. [Reference: 26 USC 7701(30)]. The "STATE OF MICHIGAN", (MI), as a statutory entity, 28 USC 3002(15)(A); MCL 440. 9307(8); UCC 9-307(H), is a corporation re-presenting the foreign "UNITED STATES" Federal Corporation, and, purporting to be a governmental sub-infrastructure called the Federal Government; which is of the same above-mentioned corporation seated in Washington, D.C.

FOR THE RECORD: I, who goes by: Isaiah Steward Robinson, as the Living Man; hereby rebut and confute any assumption that such would even suggest I am tantamount to the Corporation, ARTIFICIAL "PERSON" and legal fiction: ISAIAH STEWARD ROBINSON. I DEMAND realization of My "Absolute Rights" by the MICHIGAN DEPARTMENT OF CORRECTIONS-CORRECTIONS MENTAL HEALTH PROGRAM.

To clarify the context of "Absolute Rights", as the term is applied to the merits of this PROTEST; it is meant in the most primary and strictest sense of:

"such as would belong to their person merely in a state of nature, and which every man is entitled to enjoy, whether out of society or in it. The rights of personal security, of personal liberty, and private property do not depend upon the constitution for their existence. They existed before the Constitution was made, or the government was organized. These are what are termed the 'absolute rights' of individuals, which belong to them independently of all government, and which all governments which derive their power from the consent of the governed were instituted to protect." [Ref. Words and Phrases, Volume 1, 1968; West Publishing Company] (See Attachment).

51. This complaint alleges that the MDOC Commercial Warehousing Enterprise, by and through its "BUREAU OF HEALTHCARE SERVICES-CORRECTIONS MENTAL HEALTH PROGRAM" sub-infrastructure, has continued to be UNJUSTLY ENRICHED through the [potential] fruits of an Executory Contract derived from the mortgage/bailment evinced by a [January 9, 2017] JUDGMENT OF SENTENCE COMMITMENT TO DEPARTMENT OF CORRECTIONS".

52. The Primary Agent [also] alleges [how] efforts to expose this CONTINUITY OF FRAUDS against the Trust and Life Estate of the "Plaintiff" and Principal Party have caused physical and emotional harm to this writer; by inciting various types of negligence, as well as other maltreatment of the natural "person" within the MRF-RTP setting, and evince a series of REPRISALS.

53. Since as early as the 23rd day of September (2020); MDOC and MRF Administrators, namely, Agents: Nenrod (MRF Grievance Coordinator); George Stephenson (MRF Warehouseman); and Richard D. Russell (MDOC Office of Legal and Prisoner Affairs Grievance Section Manager), have [likewise] conspired to [collectively] conceal and negate [ongoing] crimes against the Primary Agent: Isaiah Steward Robinson, at the expense of the [relevant] Principal Party's estate; by acting in concert to deny or else deprive this writer administrative remedy exhaustions, thereby, [theoretically] encroaching upon One's [constitutional] privilege to Petition Government for Redress of Grievances.

54. Beginning about the month of October 2021, respectively; [MRF] Grievance Coordinator: Nenrod, and others [periodically] "acting" as grievance coordinator, [sporadically] began to disregard, ignore, and otherwise negate the Complaining Witnesses issues of grievance; leaving this writer no choice but to digress from One's [exclusive] reliance upon MDOC Grievance Procedure by abandoning the [practicable] "executive" and "judicial" requirement for exhaustion of Administrative Remedy.

55. On January 20, 2022; this writer submitted a 22-pages Civil and Criminal complaint, notarized with supporting documents, to MRF Administrative Personnel: Vann (Prisoner Counselor) for photocopying in the MRF Law Library. The same presentment, predetermined for filing by the regarded estate in the "COUNTY OF NEWAYGO" 27th Circuit Court of Chancery (pursuant to Art. 1, Sec. 3 of Mich. Const. 1963) on or before January 19, 2022; was kept by Administrative Personnel and not returned to this writer until June 9, 2022.

56. On the 27th day of January (2022), after making multiple request in recent days, including [oral] grievances to MDOC Custodial Officer: Allen, Sergeant: Loxton, and the MRF Warehousing Unit 7 "Prisoner" Counselor: Ronald Hairston; this Complainant "mustered up" enough courage to overcome an [inevitable] propensity, for physical force and violence by MDOC Custodial Officers. Subsequently, this writer [peacefully and respectfully] made a [verbal] demand to Warehousing Unit 7 Administrative and Custodial Officers for the return of documents submitted January 20, 2022 for photocopying. In response to this writer's January 27, 2022 [oral] grievance and request to speak with a Lieu-tenant (which is to say the Warehousing Unit 7 tenant-in-lieu of Sergeant: Mandy); MRF Custodial Personnel: Penk; Collern; and Tate (under directives and orders of Sergeant Mandy) thought to discourage, persecute, and detour One's PROTECTED CONDUCT by handcuffing this writer [with excessive tightness], then, oppressively taking the Suitor by force, and placing Complainant in a (roughly 3×3 ft) shower cage for [approximately] 2 to 3 hours.

57. On February 4, 2022; after this Complainant continued to report grievances against Administrative Personnel: Vann, along with Custodial Sergeant: Mandy and his subordinates (which at that point included the [January 27, 2022] incident outlined [directly] above); Sergeant Mandy ordered his subordinate Custodial Officers: Freeman and Vann (NOTE: C/O Vann is a close relative of Administrative Personnel: Vann) to [again] remove this writer, by force, from the cell assigned at the time, back to the [same] shower stall from January 27, 2022. The shower [cage] this writer was [inhumanely] confined to on February 4, 2022 had what appeared to be blood and feces on the back wall, with a pungent smell of urine and feces coming from a [shower] drain on the floor. The Complainant was left in that putrid space by MRF Warehousing Unit 7 Custody Officers for [approximately] 5 to 6 hours on that particular occasion. When [later] moved by [2nd Shift] Custodial Officers: Corby and David, the Suitor was forced into a [segregation] cell which had not been cleaned, and, from which officers had to first remove a substantial amount of trash; including used hygiene items and soiled linens/bedding, albeit, [only] after this writer insisted.

NOTE: Despite agreeing to provide this writer cleaning supplies before their shift ended on 2/4/22, Custodial Officers: Corby and David did not allow the cell to be cleaned. Cleaning supplies were not furnished until days later, on orders by Sergeant: Slater.

58. From February 4, 2022 -until- February 10, 2022 the Suitor was confined to a Warehousing Unit 7 [segregation] cell; without any "prisoner misconduct", "notice of intent", verbal explanation, or other [mandate] for invoking MDOC disciplinary and/or administrative process.

59. After several [futile] attempts to [respectfully] engage MRF Sergeant: Noble, for the cause of ascertaining what pretext was being used to [additionally] deprive One of his significant rights and privileges, from February 4, 2022-until-February 10, 2022; when the [food] slot opened this writer proceeded to [peacefully] extend his [right] arm out of the slot, wrapped a sheet around the slot, then, [calmly] demanded to speak with someone who knew, or might [ultimately] discover, why One's legal documents submitted on 1/20/22 were being withheld by administrative personnel, and, why Complainant was removed from the RTP cell to be wantonly, unreasonably, and vexatiously confined to the [segregation] cell; without any ticket review, notice, or explanation of any kind. Despite being [expressly] informed by the Suitor that the reason for "holding the food slot" was in demonstration of [peaceful] protest, exercising protected conduct; Sergeant Noble began to taser Complainant, seven times total, leaving 14-duel burn marks [plainly] visible on this writer's arm and hand the following day.

NOTE: Sergeant Noble [subsequently] wrote a Prisoner Misconduct Report alleging "Assault on Staff". Be that as it were, the entire scenario, beginning on the 20th day of January (2022), illustrates a series of SUBVERSIVE ACTS and [insidious] SUBTERFUGES, by MRF Administrative and Custodial Officers; to execute REPRISALS, then, [collusively] circumvent the [evident] truth which reveals no disciplinary process to particularize, or administrative action to characterize any other reason apart from RETALIATION to explain why Complainant was removed to segregation on February 4, 2022 and/or in segregation on February 10, 2022.

60. Following multiple [consecutive] instances of manipulative and unconscionable grievance rejections and negations by MRF Administrator's; on July 19, 2022 this writer completed, and presented for the purpose of being notarized, a FORMAL COMPLAINT addressed to [MICHIGAN] Governor: Gretchen Whitmer; Attorney General: Dana Nessel; and State Representative: Scott VanSingel, to duly, hopefully, and effectually "Petition Government for Redress of Grievances" pursuant to Michigan Constitution of 1963, et. seq.

To no surprise of the  Affiant,  after seizing said document to more [closely] examine the nature and context of its petition, by going behind a locked office door; the two MDOC Agents who are also authorized to sign signatures [cognizably] necessary to protect "STATE OF MICHIGAN" security interest (re: ISAIAH STEWARD ROBINSON; MDOC Commercial Tracking Number: 462832), immediately devised a scheme for undermining the "COMMERCIAL AFFIDAVIT OF TRUTH AND NEGATIVE AVERMENTS" component of the petition, using   clear   subterfuge which [effectively] impeded One's inherent [political] privilege and [absolute] fiduciary right to constitutionally petition government, by virtue of the attached FORMAL COMPLAINT-REQUEST FOR INVESTIGATION embodied by said affidavit.

NOTE: To be clear; MRF Administrative Personnel: Kinner (Resident Unit Manager); and Hinohosa (Prisoner Counselor), both refused to perform their duty as a notary. Supposedly, their concerted refusal was premised upon this writer's unwillingness to subordinate One's [Primary Agent] status by signing an MDOC "Disbursement Authorization Form" in such a way that would present the LIVING SOUL: Isaiah Steward Robinson, Sui Juris, as being tantamount to a CIVILLY-DEAD-ENTITY: ISAIAH STEWARD ROBINSON, Ens Legis; regarded by [sycophantically] indentured MDOC Agents as "the prisoner".


" For unto us a child is born, unto us a son is given; and THE GOVERNMENT SHALL BE UPON HIS SHOULDER; and his name shall be called Wonderful, Counsellor, The mighty God, The everlasting Father, The Prince of Peace.

OF THE INCREASE OF HIS GOVERNMENT and PEACE there shall be no end, upon the throne of David, and upon his kingdom, to order it, and to establish it WITH JUDGMENT and JUSTICE from henceforth even forever. The zeal of the Lord of Host will perform this." [Reference: The Holy Bible, King James Version, Book of Isaiah, Chapter 9, Verses 6 and 7] (emphasis My Own)


62. This [instant] Complaining Witness, hereinbelow undersigned to the Suitor bringing this action, submits that he is prepared to produce [superfluous] evidence of MRF Administrators and Grievances Coordinators having made and repeatedly shown [the] MDOC [interdepartmental] Grievance Process to be [wholly] inadequate, [systemically] unreliable, and [discoverably] too easy to undermine . For  among other reason, by:

(1) no longer making the CSJ-247 B (MDOC Grievance Appeal Forms) readily available in the same fashion as the CSJ-247 A [Step-One] MDOC Grievance Forms;

(2) [selectively] refusing and/or failing to [timely] furnish the [requisite] Step-Two Appeal Forms when request; and thereby,

(3) enabling [corrupt] MDOC Policy-Makers, Administrators, and Grievance Coordinators, in collusion with their co-business partners, "actors", employees, contractors, agents, and assigns, to thwart, impede, or else sabotage One's ability to [fully] exhaust administrative remedy, using [preclusive] regulations and [preventative] withholding of Grievance Appeal Forms.

NOTE: With respect to "persons" who are burdened by the [psychological] deficit(s) of developmental disabilities, symptoms of "mental illness", or the effects of drugs voluntarily and/or involuntarily ingested to manage such conditions; the MDOC Grievance Process is so unnavigable that the procedural effectiveness of its intended applications are [considerably] unavailable and [arguably] non existential to "persons" with [even minimal] cognitive impairment(s). The difficulty for most MDOC-CMHP recipients to effectuate even [their] more serious issues of grievance are significantly exacerbated by a status-quo of Administrative double-standards that [prevalently] condone [selective] enforcements of MDOC Policy, Procedures, and Administrative Rules, to shield the departments wrongdoers from many of the more serious and severe consequences for their CORRUPT CONDUCT and CRIMINAL MISCHIEFS.

63. During his time as a Recipient of [feigned] Mental Health Services, in the MRF Warehousing Unit 7 CMHP-Residential Treatment Program; this writer has managed to document a plethora of experiences where [ad hoc] rejections of grievances relating to [criminal] abuses and neglects of "persons", including himself, who are [diagnosed] "Mentally Ill" and/or "Developmentally Disabled", were [callously] used to dismiss and disregard assaults, inhumane treatment, excessive use of force, along with other mistreatments by which the natural man has suffered [prolonged] injuries at the hands of MDOC Administrative and Custodial Officers.

64. In many [documented] instances; abuses by MDOC Custodial Officers were brought to the attention of MRF Inspector: Dalton, and, reported to CMHP, RTP, and OPT Contractors, as well as MRF Healthcare Providers, on innumerable occasions. Collectively, MDOC Parties have acted-in-concert to [tacitly] downplay the seriousness of incidents and Injuries by denying or else refusing [meaningful] assessments/evaluations of related and unrelated medical conditions this Suitor has [repeatedly] reported.

## PLAIN STATEMENT OF RELEVANT FACTS, TRUTHS, AND LAW

1. Any and all defendant parties presuming to act as agents for the Principal: STATE OF MICHIGAN are bound by Legislative and Constitutional mandates; to stringent compliances with the corporate Charter that embodies those [tentative] Civil, [ambiguous] Legal, and [clearly corporate simulated] Administrative Procedures undertaken by agents for the principal in relationship to the "JUDGMENT OF SENTENCE COMMITMENT TO DEPARTMENT OF CORRECTIONS".

2. Defendant Parties have BREACHED AND VIOLATED their corporate contract, which, at any rate, ONLY vest them with the [de facto] power, authority, and jurisdiction to act as agents for the Principal: STATE OF MICHIGAN; by conducting its business that is specifically relative to disposition of the Trust and associated personalty, but, does not grant any jurisdiction, power, or authority over the Real-Party-of -Interest in his NATURAL STATE.

3. By abuse, misuse, and over-reaching of their DE FACTO powers, jurisdiction, and authority; defendant parties have formed a Confederacy behind the proverbial CORPORATE VEIL; to HARASS, EXPLOIT, NEGLECT, and THREATEN, as-well-as, DISCRIMINATE and RETALIATE against the Real-Party-of -Interest; including by means of depriving one's innate and unalienable (i.e. un-a-lien-able) Rights, Duties, and Privileges UNDER COLOR OF LAW.

4. By presuming to be vested with jurisdiction, power, and authority that permits them to treat the Real-Party-In-Interest as Chattel Property tantamount to the Corporate Entity and Legal Fiction commonly called "the prisoner"; defendant parties have committed a plethora of gravely unconscionable crimes, causing the Plaintiff and Real-Party-of-Interest harm, including but not limited to PREJUDICE, IRREPARABLE INJURY, and DAMAGES.

SETTLORS:

I, Isaiah Steward Robinson, as a partner in the Debtor Company, ISAIAH/STEWARD/ROBINSON, a general partnership; hereby certify and subscribe on the Commercial Liability of the "Represented person", as Primary Agent to the Principal Party regarded as a governmental entity; that this BOND is well and truly made. Any and all claims, averments, declarations, affirmations, or promises for payment being submitted for purposes of this action and suit; are to the best of My knowledge, understanding, belief, and recollection correct, honest, and nothing but the truth, such as the Lord My God Lives, So Help Me God.

ISAIAH STEWARD ROBINSON                    Isaiah Steward Robinson

24 of 27

## ACKNOWLEDGMENT

Any discrimination, prejudice, or injury caused by the STATE OF MICHIGAN/State of Michigan, to recognize two distinct entities; I, Isaiah-Steward: robinson, Fiduciary to: ISAIAH/STEWARD/ROBINSON, "Represented person"; the first party real the second a juristic person, agree to said: discrimination, prejudice, and injuries, that; include: associated damages and breaches as established between the Primary Agent ("Isaiah Steward Robinson") and Principal Obligor ("ISAIAH STEWARD ROBINSON; 462832"), by and through the totality of all agreement(s). The STATE/State is hereby estopped from asserting any rebuttal or defense in the matter, and, the "real" Parties agree that "Isaiah Steward Robinson" may proceed by private suit or tort. The Law governing agreement(s) of the "real" parties is tantamount to the Rules of Commerce, and Commercial Maxims of Law; supported by the duly noticed Security Agreement attached to and made a part of this Presentment/Complaint.

Extraneous [third-party] "STATE OF MICHIGAN" operatives (including but not limited to Agents within and without the Principal: "MICHIGAN DEPARTMENT OF CORRECTIONS"), who are not "real" and/or "interested" parties, continue to breach the contract established by: We "the People" with government(s), under the [Constitutional] Trust Charter(s); thereby operating conspicuously outside of any governmental capacity which is warrantable under the powers that "STATE" is given to legislate, and/or, power and authority to Constitute as set forth within the Letter of Michigan Constitution of 1963, which stipulate the powers and authority of both elected and appointed officials. By Commercial Maxims of Law "United States" Attorneys posing as "PEOPLE OF THE STATE OF MICHIGAN" cannot answer the Debt Collector Disclosure Statement without committing perjury; thus, have failed to state a claim for which relief may be granted.

All of which is hereinabove agreed upon by and on the part of the said "ISAIAH STEWARD ROBINSON" is accepted and agreed upon by and on the part of the said "Isaiah Steward Robinson"; and the mutual understanding on the parts of both is reciprocally understood that any: payments, profits, or proceeds realized or to become realized upon the terms and conditions of said Private Settlement Contract, including those pursuant to the imposition of lien(s) hereby agreed upon, to be enforceable under the attached "Security Agreement", shall be delivered into the possession of "Isaiah Steward Robinson" as of the date of this agreement to impose said lien(s), and, to further provided for the security of any indebtedness.

## RELIEF

The so-called "JUDGMENT OF SENTENCE" purporting to signify transfer of the Plaintiff's Title Right to MDOC is germane to the details of this action, whereas, the instant suit arises from a consistent and well-documented pattern of systemically ABUSIVE and systematically VEXATIOUS over-reaching of power and authority by the corporate "STATE" of Michigan; including its "COUNTY OF NEWAYGO" subdivision, and its "CITY OF WHITE CLOUD" instrumentality. Not only so, the entire premise underlying all supposed authority and jurisdiction brandished by the MDOC conglomerate is situated in the bosom of FRAUDS at the local level of government, and, likewise documented by a record laden with CORRUPT CONDUCT IN OFFICE.

NOTE: "Remedy which equity gives defrauded person reaches all who were actually concerned in fraud, all who directly and knowingly participated in its fruits, and all who derived title from them voluntarily or with notice."
[Reference: Herpolsheimer v. A. B. Herpolsheimer Reality Co., 344 Mich. 657, 75 N.W.2d 333 (1956)]

## BILL OF INJUNCTION

Hereby the Suitor entreats  United States· to enter a DECREE of DECLARATORY and INJUNCTIVE relief in this matter as follows:

1. A formal decree for a full accounting and audit of all  payment owed to any "STATE" Receiver or Creditor via the unlimited source of credit accessible under the Plaintiff Consumer's Treasury Account Number: 371923142; including any "charges" payable  for supposed mental health "treatment" and "services" provided to the Recipient since the date of December 15, 2017 up-to-date; and, including a detailed report of the times and dates and specificity of "services" purportedly rendered.

COMMON LAW NOTICE: "When any matter becomes involved in chancery suit, necessities of equity and justice require that all persons and all things concerned in controversy shall be brought before court to have their respective interest charged or protected, and to end controversy once and for all." [See: Sternberg v. Baxter, 373 Mich. 8, 127 N.W2d 872 (1964)]

2. Declaration tantamount to "setting aside" the January 9, 2017 "JUDGMENT OF SENTENCE COMMITMENT TO DEPARTMENT OF CORRECTIONS" for UNLAWFUL ARREST, BARRATRY, FATAL VARIANCE(S), CHAMPERTY, MISREPRESENTATIONS, FRAUDS, MAINTENANCE, INVALID JUDGMENT, and CORRUPT CONDUCT among other CRIMINAL MISCHIEF undertaken by defendant parties to achieve and sustain the January 9, 2017 judgment.

3. A Decree enjoining   Newaygo County   , and, "MICHIGAN DEPARTMENT OF CORRECTIONS" to produce and/or disclose whereabouts of the original-wet-ink copy for the January 9, 2017 "JUDGMENT OF SENTENCE COMMITTMENT TO DEPARTMENT OF CORRECTIONS; along with the entire "Commercial Set" therefore, and, a complete accounting and audit of any and all Credits and Debits arising from every bond, security, trust, or investment related to and arising or issuing therefrom.

COMMON LAW NOTICE: "An action for an accounting is equitable in nature; the determination of whether a plaintiff has stated a cause of action for an accounting must be determined from the facts plead in the plaintiff's complaint rather than from the prayer for relief... There must be mutual demands, a series of transactions on one side and payments on the other, to sustain a bill for an accounting; an accounting may not be had where the action is for a specific sum due under a contract; an accounting is unnecessary where discovery is sufficient to determine the amounts at issue." [See: Boyd v. Nelson Credit Centers, Inc., 132 Mich App. 774, 348 N.W.2d 25 (1985)

4. Injunction enjoining MICHIGAN DEPARTMENT OF CORRECTIONS from further accessing "UNITED STATES" Treasury Department Account Number: 371923142, or, undertaking any further actions against the Plaintiff straw-man: ISAIAH STEWARD ROBINSON; the Real-Party-of-interest: Isaiah Steward Robinson; the Cestui Que Trust, and the relevant Life Estate collectively regarded thereby, as a prerequisite for determination of Plaintiff's entitlement to compensation including but not limited to restitution.

COMMON LAW NOTICE: "Fraud in execution of an instrument of release, whereby proponent thereof tells signatory that instrument does not mean what it clearly said, voids instrument and does not require signatory to return consideration as prerequisite to setting aside alleged bargain." [See: Paul v. Rotman, 50 Mich. App. 459, 213 N.W.2d 588 (1973)]

5. Declaration and Injunction enjoining the MDOC-CORRECTIONS MENTAL HEALTH PROGRAM, et. al., from undertaking or enforcing any further "Involuntary Treatment Orders" against the Plaintiff/Consumer: ISAIAH STEWARD ROBINSON or the Pleader/Recipient: Isaiah Steward Robinson.

COMMON LAW NOTICE: "Where discretionary power of an administrative agency is abused, court has a duty to issue injunctive restraint." [See: Hiers v. Brownell, 376 Mich. 225, 136 N.W.2d 10 (1965)]

6. RESTITUTION payed to the Pleader for all funds accrued and accruing, whether publicly or privately; in connection with any and all transactions arising from the April 13, 2016 KIDNAPPING of the Real-Party-in-Interest, and, subsequent FRAUD UPON THE COURT; joint-and-several-liability between Defendants: Daniel Evans, Robert Mendham, and Robert M. Hayes; after an AUDIT and FULL ACCOUNTING of the EVERY parties interest.

COMMON LAW NOTICE: "Court in equity action must be accorded considerable latitude in fashioning remedies commensurate with equities of case." [See: Governale v. Owosso, 59 Mich. App. 756, 229 N.W2d 918 (1975)]; and, "An act whether innocent, negligent, intentionally tortious, or criminal does not prevent the actor from being liable for harm caused thereby if the likelihood that a third person may act in a particular manner is the hazard or one of the hazards that makes the actor negligent... The question of duty, in a negligence action, is generally decided by the court as a matter of law; however, a jury, properly instructed by the court, should examine the issue of whether a duty exist where the facts adduced at trial are in dispute and give rise to a reasonable difference of opinion as to the forseeability of a particular risk and the reasonableness of a defendants conduct in regards to it. [See: Escobar v. Brent General Hospital, 106 Mich. App. 828, 308 N.W.2d 691 (1981)]

7. COMPENSATORY and/or other cognizable DAMAGES in the amount of $150,000.00 per year that the Plaintiff and Pleader has been Unlawfully Imprisoned, i.e. TREBLE DAMAGES tripling the amount sanctioned for "Wrongful Imprisonment Compensation" in the nature of PUBLIC ACT 343 of 2016; joint and several between Defendants Daniel Evans, Robert Mendham, and Robert M. Hayes, who each acted individually and collectively with MALICE and forethought to devise this "Conspiracy Against Rights-Under Color of Law". Such order is sought to be paid-out in their   CORPORATE capacity(-ies), and, enforced by virtue of lien imposed under the seal of this court's venue.

8. "GENERAL" and "EXEMPLARY" and/or other cognizable DAMAGES for FRAUD, RETALIATION, as well as EMOTIONAL DISTRESS and MENTAL ANGUISH caused, by . the "COUNTY OF NEWAYGO" and MDOC-CMHP contractors , in the amount of $40,000.00 each; paid-out in their  CORPORATE capacity, and, enforced by virtue of lien imposed under the seal of this court's venue.

COMMON LAW NOTICE: "Equity will create a lien only where the party entitled thereto has been prevented by fraud, accident, or mistake from securing that to which he was equitably entitled.  There must be either a written contract security for a debt or obligation, or whereby it is promised to assign, transfer, or convey property as security, or such relationship of the parties as to bring the case within the fundamental principles of equity jurisprudence." [See: Cheff v. Haan, 269 Mich. 593, 257 N.W 894 (1934)]

9. A Decree ordering DISTRESS OF ALL BONDS arising or issuing from any transaction(s) which ensued after UNLAWFUL SEIZURE of the Plaintiff's "person" on April 13, 2016.

## NOTICE

All CORPORATE entities, individuals, and purported authorities who have actions pending against Me, SHALL, at this time, upon NOTICE provided hereby, CEASE AND DESIST. DO NOT CAUSE ME FURTHER DURESS OR INJURY BY DEFRAUDING MY ESTATE.

* My use of the statement "Without Prejudice UCC-1-207" below My signature on this document indicates that I have exercised the remedy provided for Me in the Uniform Commercial Code in Article 1, Section 207 whereby I might reserve My common law right not to be compelled to perform under any contract, commercial agreement, or bankruptcy that I did not enter into knowingly, voluntary and intentionally. And furthermore, that reservation notifies all administrative agencies of government that I do not, and will not, accept the liability associated with the compelled benefit of any unrevealed contract, commercial agreement, or bankruptcy.

NOTICE TO AGENT IS NOTICE TO PRINCIPAL, NOTICE TO PRINCIPAL IS NOTICE TO AGENT.

## JURAT

I understand that a false statement or dishonest declaration in this matter will subject the Debtor to penalties of perjury; nevertheless I declare under penalty of perjury that the foregoing is true and correct, to the best of My knowledge, understanding, belief, and recollection: not intending to mislead, So Help Me God.

Signed and Executed at _Ionia County (MI)_ ; on the _16_ day of January, in the year Two Thousand Twenty-Four.

_[signature]_
-----------------------------------------

By: _Isaiah S. Robinson_ _1/16/2024_
    -----------------------------------------
      Secured Party/Primary Agent , Sui Juris Signature

      Acting on behalf of:
        ISAIAH STEWARD ROBINSON
        M.D.O.C. Commercial Tracking Number: 462832

                                                    27 of 27
        End of Document

092 Newell Street
Post Office Box 885
White Cloud, MI [near 49349]

RE: "PEOPLE OF THE STATE OF MICHIGAN" verses "ISAIAH STEWARD ROBINSON"; 78th District Court Case Number: 16-1338-FY and 27th Circuit Court Case Number: 16-11327-FH-M-D01

# ✷SECOND NOTICE✷

Attention Principal and Agent: "STATE OF MICHIGAN" d/b/a "COUNTY OF NEWAYGO" [namely Jason VanderStelt, County Clerk/Register of Deeds; and Ellsworth J. Stay d/b/a ELLSWORTH J. STAY (P-62091), Lead County Prosecutor]; enclosed herewith you shall discover records entitled:

(i) a "SECURITY AGREEMENT" dated the 28th day of October 2020; well and truly includes to proffer "PUBLIC LAWFUL NOTICE" of the Private Settlement Contract constituting "FIDELITY BOND", "INDEMNITY CLAUSE", "OBLIGATIONS SECURED", "COLLATERAL", "POWER-OF-ATTORNEY", and "TRADEMARK/COPYRIGHT" with other ratified, signed, and sealed "notice" of which YOU are hereby proffered (i.e. served) pertinent to matters of COMMERCIAL PAPER and CHATTEL PROPERTY "secured" as a supposed matter of "law" with respect to the above-referenced matter(s) of a CORPORATE RECEIVERSHIP.

As the county "Clerk", or else, a "Plaintiff" attorney in the referenced matter; the notice hereby afforded should require you to take IMMEDIATE action(s); particularly, by expansion of the record for purposes of acknowledgement/registration of the herewith enclosed documents germane to the [January 9, 2017] bond or obligation of record, which, are cognizable as an updated "Financial Schedule" in association with the duly filed "SECURITY AGREEMENT".

TO BE CLEAR: The object is to proffer payment for "charges" to obtain [full] settlement and closure of the account(s). Thank You for your business in-"person", May God Bless YOU in Spirit and in Truth!

COMMON LAW NOTICE: Notice, for purposes of defining a holder in due course, includes receiving a notice or notification of a fact or having reason to know that the fact exist from all the facts and circumstances known at the time in question. [See: Barbour v. Handlos Real Estate & Bldg. Corp., 152 Mich. App. 174, 393 N.W.2d 581 (1986)]

NOTICE

All CORPORATE entities, individuals, and purported authorities who have actions pending against Me, SHALL, at this time, upon NOTICE provided hereby, CEASE AND DESIST. DO NOT CAUSE ME FURTHER DURESS OR INJURY BY DEFRAUDING MY ESTATE.

My use of the statement "Without Prejudice UCC 1-207" below My signature on this document indicates that I have exercised the remedy provided for Me in the Uniform Commercial Code in Article 1, Section 207; whereby I might reserve My common law right not to be compelled to perform under any contract, commercial agreement, or bankruptcy that I did not enter into knowingly, voluntary and intentionally. And furthermore, that My reservation of certain rights notifies all administrative agencies of government that I do not, and will not, accept the liability associated with the compelled benefit of any unrevealed contract, commercial agreement, or bankruptcy.

NOTICE TO AGENT IS NOTICE TO PRINCIPAL, NOTICE TO PRINCIPAL IS NOTICE TO AGENT.

SETTLORS

I the Affiant and Real Party of Interest, Isaiah Steward Robinson; as a partner in ISAIAH/STEWARD/ROBINSON, a general partner, states under Penalty of Perjury that the foregoing information and attachments are necessary, True and Correct to the best of My knowledge, information, recollection, understanding and belief, not intending to mislead, such as the Lord My God Lives, SO HELP ME GOD.

✱No response or reply received from notice proffered on or about October 27TH 2022.
See Attached "Proof of Mailing" (i.e. MDOC Expedited Legal Mail forms "CSJ-318" x 2)

_Isaiah Steward Robinson_
(Without Prejudice UCC 1-207)

27TH CIRCUIT COURT
NEWAYGO COUNTY
JAN 24 AM 8:45

## SCHEDULE D- Amount of Secured Claim
### (Notice of Claim)

### SECURITY AGREEMENT

In the year 2020, on the **28**TH day of the month **Ten**_____ , this Security Agreement is established, by and between the Ens Legis: ISAIAH STEWARD ROBINSON, hereinafter referred to as "Debtor" (SOCIAL SECURITY ACCOUNT NUMBER: 371923142 and, the Primary Agent, Isaiah Steward Robinson, Sui Juris, hereinafter referred to as "Secured Party". The Parties, shall be identified as follows:

DEBTOR:

ISAIAH STEWARD ROBINSON
**Abstract Corporate Personality**

Secured Party:

Isaiah Steward Robinson
**Biological Flesh-and-Blood Man**

NOW, HEREBY, the Parties agree as follows:

**RECEIVED**

**JUN 2 7 2022**

ANTHONY G. FORLINI
Macomb County Clerk

2023 JAN 24 AM 8: 44

27th CIRCUIT COURT
NEWAYGO COUNTY

### AGREEMENT

In consideration for Secured Party providing certain accommodations to DEBTOR including, but not limited to, Secured Party:

1. Constituting the source, origin, substance, and being, i.e., basis of "pre-existing claim", from which the existence of the DEBTOR was derived, and on the basis of which the DEBTOR is able to function as a transmitting and transmuting utility to conduct Commercial Activity as a conduit for the transmission of goods and services to the Secured Party; to interact, contract, and exchange goods and services, obligations, and liabilities with other DEBTORS, corporations, and artificial persons in Commerce;

2. Signing to accommodate for DEBTOR in all cases, whatsoever, wherein any signature of DEBTOR is required;

3. Issuing a binding commitment to extend credit, or, for the extention of immediately available credit, whether or not drawn upon or any charge-back is provided for in the event of difficulties with collection;

4. Providing the security for payment of all sums due or owing or to become due or owing, by DEBTOR; and,

5. Constituting the source of the assets, via the sentient existence, exercise of faculties, and labor of Secured Party; providing the valuable consideration sufficient to support any contract which DEBTOR may execute or to which DEBTOR may be regarded as bound by any person whatsoever.

DEBTOR hereby confirms that this Security Agreement is a duly executed, signed, and sealed private contract entered into knowingly, intentionally, and voluntarily by DEBTOR and Secured Party, wherein and whereby DEBTOR:

1.) Voluntarily enters DEBTOR in the Commercial Registry;
2.) Transfers and assigns to Secured Party a security interest in the Collateral described herein below; and,
3.) Agrees to be, act, and function in law and commerce, as the unincorporated, proprietary trademark of Secured Party for exclusive and discretionary use by Secured Party in any matter that Secured Party, by sovereign and unalienable right, elects.

### PUBLIC LAWFUL NOTICE

Filing of this Security Agreement by the Parties constitutes open, lawful, public notice that:

1. The law, venue, and jurisdiction to signify recording of this Security Agreement is the ratified, finalized, signed, and sealed private contract freely entered into by and between DEBTOR and Secured Party as registered herewith.

2. This Security Agreement is contractually complete herein and herewith and cannot be abrogated, altered, or amended, in whole or part, without the expressed written consent of both DEBTOR and Secured Party.

3. DEBTOR is the transmitting utility and unincorporated proprietary trademark of Secured Party, and, all property of DEBTOR is the secured property of Secured Party.

4. Any unauthorized use of DEBTOR in any manner that might influence, affect, pertain to, or be presumed to pertain to Secured Party, in any manner, is expressly prohibited without the written consent of Secured Party.

## FIDELITY BOND

By this presentment shall all men know that Ens Legis DEBTOR, ISAIAH STEWARD ROBINSON, establishes this bond in favor of Secured Party, Isaiah Steward Robinson, in the sum of One-Hundred Million United States Dollars ($100,000,000), for the payment of which bond, well and truly made, DEBTOR binds DEBTOR and DEBTOR'S heirs, executors, administrators, and third-party assigns, jointly and severally, by this presentment.

The conditions of the above bond are a Secured Party covenant to do certain things on behalf of DEBTOR by passing through DEBTOR and conveying to Secured Party goods and services, in Commercial Activity by said covenant, to serve as a transmitting utility therefore, and as assurance of fidelity granting to Secured Party a Security Interest in the below described Collateral.

This bond shall be in full force and effect as of the date hereon and until the DEBTOR'S Surety, Isaiah Steward Robinson, is released from liability by written order of the UNITED STATES GOVERNMENT, and, provided that said Surety may cancel this bond by being relieved of further liability hereunder after delivering (30) thirty-day written notice to DEBTOR. No such cancellation shall affect any liability incurred or accrued hereunder prior to the termination of said (30) thirty-day period. In the event of notice of cancellation, DEBTOR agrees to re-issue the bond before the end of said (30) thirty-day period for an amount equal to, or greater than, the above stated value of this security agreement, unless the Parties agree otherwise.

## INDEMNITY CLAUSE

DEBTOR, without the benefit of discussion or division, does hereby agree, covenant, and undertake to indemnify, defend, and hold Secured Party harmless from and against any and all claims, losses, liabilities, cost, interest, and expenses, hereinafter referred to as "Claims" or "Claim", which Claims include (without restriction) all legal cost, interest, penalties, and fines suffered or incurred by Secured Party, in accordance with Secured Party's personal guarantee, with respect to any loan or indebtedness of DEBTOR, including any amount DEBTOR might be deemed to owe to any creditor for any reason whatsoever.

Secured Party shall promptly advise DEBTOR of any Claim and provide DEBTOR with full details of said Claim, including copy of any document, correspondence, suit, or action received by or served upon Secured Party. Secured Party shall fully cooperate with DEBTOR in any discussion, negotiation, or other proceeding relating to any Claim.

## OBLIGATIONS SECURED

The security interest granted herein secures any and all indebtedness and liability whatsoever of DEBTOR to Secured Party, whether direct or indirect, absolute or contingent, due or to become due, now existing or hereafter arising, and however evidenced.

## COLLATERAL

The collateral to which this Security Agreement pertains includes, but is not necessarily limited to, all hereinbelow described personal and real property of DEBTOR, now owned or hereafter acquired by DEBTOR, in which Secured Party holds all interest. DEBTOR retains possession and use, along with rights of possession and use, for all collateral, proceeds, products, accounts, and fixtures, including Orders therefrom releasing same to DEBTOR.

Before any of the below-itemized property can be disbursed, exchanged, sold, tendered, forfeited, gifted, transferred, surrendered, conveyed, destroyed, disposed of, or otherwise removed from DEBTOR'S possession, Dishonor Settlement Agreement #001 held by Secured Party must be satisfied in full and acknowledgment of same completed.

1. All proceeds, products, accounts, and fixtures from crops, mine head, wellhead, with transmitting utilities, ect.;

2. All rents, wages, and income;

3. All land, mineral, water, and air rights;

4. All cottages, cabins, houses, and buildings;

5. All bank accounts, bank "safety" deposit boxes (and the contents therein), credit card accounts, mutual fund accounts, certificate of deposit accounts, checking accounts, savings accounts, retirement plan accounts, stocks, bonds, securities, and benefits from trust;

6. All inventory in any source;

7. All machinery, either farm or industrial;

2 of 10

8. All boats, yachts, water craft, and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto, or stowed therein, including but not limited to: all motors, engines, and ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, fuels, and fuel additives;

9. All aircraft, gliders, balloons, and all equipment accoutrements, baggage, and cargo affixed or pertaining thereto, or stowed therein, including but not limited to: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, fuels, and fuel additives;

10. All motor homes, trailers, mobile homes, recreational vehicles, houses, cargo, and travel trailers, and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, including but not limited to all ancillary equipment, accessories, parts, service equipment, lubricants, fuels, and fuel additives;

11. All livestock and animals, and all things required for the care, feeding, use, and husbandry thereof;

12. All vehicles, autos, trucks, four-wheel vehicles, trailers, wagons, motorcycles, bicycles, tricycles, wheeled conveyances;

13. All computers, computer-related equipment and accessories, electronically stored files or data, telephones, electronic equipment, office equipment and machines;

14. All visual reproduction systems, aural reproduction systems, motion pictures, films, videotapes, audio tapes, soundtracks, compact disc, phonograph records, film, video, and aural production equipment, cameras, projectors, and musical instruments;

15. All manuscripts, booklets, pamphlets, treatises, treatments, monographs, stories, written material, libraries, plays, screenplays, lyrics, songs, music;

16. All books and records of DEBTOR;

17. All Trademarks, Registered Marks, copyrights, patents, proprietary data and technology, inventions, royalties, goodwill;

18. All scholastic degrees, diplomas, honors, awards, meritorious citations;

19. All records, diaries, journals, photographs, negatives, transparencies, images, video footage, film footage, drawings, sound records, audio tapes, video tapes, computer productions or storages of all kinds, whatsoever, of DEBTOR;

20. All fingerprints, footprints, palm prints, thumbprints, RNA materials, DNA materials, blood and blood fractions, biopsies, surgically removed tissue, bodily parts, organs, hair, teeth, nails, semen, urine, other bodily fluids or matter, voice-print, retinal image, and the descriptions thereof, and all other Corporeal, dentification factors, and said factors' physical counterparts, in any form, and all records, record numbers, and information pertaining thereto;

21. All biometrics data, records, information, and processes not elsewhere described, the use thereof, and the use of the information contained therein or pertaining thereto;

22. All rights to obtain, use, request, or refuse or authorize, the administration of, any food, beverage, nourishment, water, or any substance to be infused or injected into, or affecting the body by any means, whatsoever;

23. All rights to request, refuse, or authorize the administration of any drug, manipulation, material, process, procedure, ray, wave which alters, or might alter the present or future state of the body, mind, spirit, or will by any means, method, or process, whatsoever;

24. All keys, locks, lock combinations, encryption codes or keys, safes, secured places, and security devices, security programs, and any software, machinery, or devices related thereto;

25. All rights to access and use utilities upon payment of the same unit cost comparable to units of usage offered to most-favored customers, including cable, electricity, garbage, gas, internet, satellite, sewage, telephone, water, and other methods of communication, energy transmission, including food and water distribution;

26. All rights to barter, buy, contract, sell, or trade ideas, products, services, or work;

27. All rights to create, invent, adopt, utilize, or promulgate any system or means of currency, money, medium of exchange, coinage, barter, economic exchange, bookkeeping, record-keeping, and the like;

28. All rights to use any free, rented, leased, fixed, or mobile domicile, as though the same were a permanent domicile, free from requirement to apply for or obtain any government license or permission; and, free from entry, intrusion, or surveillance, by any means, regardless of duration of lease period, so long as any required lease is currently paid or a subsequent three-day grace period has not expired;

29. All rights to manage, maneuver, direct, guide, or travel in any form of automobile or motorized conveyance, whatsoever, without any requirement to apply for or obtain any government license, permit, certificate, or permission of any kind, whatsoever;

30. All rights to marry and to procreate children, and to rear, educate, train, guide, and spiritually enlighten any such children without any requirement to apply for or obtain any government license, permit, certificate, or permission of any kind, whatsoever;

31. All rights to buy, sell, grow, raise, gather, hunt, trap, angle, and store food, fiber, and raw materials for shelter, clothing, survival;

32. All rights to exercise freedom of religion, worship, use of sacraments, spiritual practice and expression, without any abridgment of free speech, or the right to publish, or the right to peaceably assemble, or the right to petition government for the redress of grievances, or petition any military force of the United States for physical protection from threats to the safety and integrity of person or property from either "public" or "private" sources;

33. All rights to keep and bear arms for self-defense, including defense of family, and parties entreating physical protection of person or property;

34. All rights to create, preserve, and maintain inviolable, spiritual sanctuary and receive into the same any and all parties requesting safety and shelter;

35. All rights to create documents of travel of every kind, whatsoever, including those signifying diplomatic status and immunity as a free, independent, and sovereign state-in-fact;

36. All claims of ownership or certificate of title to the corporeal and incorporeal hereditaments, hereditary succession, and all innate aspects of being, i.e. mind, body, soul, freewill, faculties, and self;

37. All rights to privacy and security in person and property, including but not limited to all right to safety and security of all household or sanctuary dwellers or guests, and papers and effects belonging to DEBTOR or any household or sanctuary dwellers or guests, against governmental, quasi-governmental, or private intrusion, detainer, entry, seizure, search, surveillance, trespass, assault, summons, or warrant, except with proof of superior claim duly filed in the Commercial Registry by any such intruding party, in the private capacity of such intruding party, notwithstanding whatever purported authority, warrant, order, law, or color of law may be promulgated as the authority for such intrusion, detainer, entry, seizure, search, surveillance, trespass, assault, summons, or warrant;

38. All names used and all Corporation Sole(s) executed and filed, or to be executed and filed, under said names;

39. All intellectual property, including but not limited to all speaking and writing;

40. All signatures;

41. All present and future retirement incomes, and rights to such incomes, issuing from any of DEBTOR'S accounts;

42. All present and future medical and healthcare rights, and rights owned through survivorship, from any of DEBTOR'S accounts;

43. All applications, filings, correspondence, information, identifying marks, image licenses or travel documents, materials, permits, registrations, records, and record numbers held by any entity, for any purpose, however acquired, as well as the analyses and uses thereof, and any use of any information and image contained therein, regardless of creator, method, location, process, or storage form, including all processed algorithms analyzing, classifying, comparing, compressing, displaying, identifying, processing, storing, or transmitting said applications, filings, correspondence, information, identifying marks, image licenses or travel documents, materials, permits, registrations, records and record numbers, and the like;

44. All library cards;

45. All credit, charge, and debit cards; and, mortgages, notes, applications, card numbers, including associated records and information;

46. All credit of DEBTOR;

47. All traffic citations/tickets;

48. All parking citations/tickets;

4 of 10

49. All court cases and judgments, past, present, and future, in any court, whatsoever, along with all bonds, orders, warrants, and other matters attached thereto or derived therefrom;

50. All precious metals, bullion, coins, jewelry, precious jewels, semi-precious stones, mounts, and any storage boxes within which said items are stored;

51. All tax correspondence, filings, notices, coding, record numbers, and any information contained therein, wherever and however located, and no matter by whom said information was obtained, compiled, codified, recorded, stored, analyzed, processed communicated, or utilized;

52. All bank accounts, bonds, certificates of deposit, drafts, futures, insurance policies, investment securities, Individual Retirement Accounts, money market accounts, mutual funds, notes, options, puts, calls, pension plans, savings accounts, stocks, warrants, 401-k's, and the like;

53. All accounts, deposits, escrow accounts, lotteries, over-payments, prepayments, prizes, rebates, refunds, returns, Treasury Direct Accounts, claimed and unclaimed funds, all records and record numbers, correspondence, and information pertaining thereto or derived therefrom;

54. All cash, coins, money, Federal Reserve Notes, and Silver Certificates;

55. All drugs, herbs, medicine, medical supplies, cultivated plants, inventory, ancillary equipment, supplies, propagating plants, and seeds, and all related storage facilities and supplies;

56. All products of and for agriculture, and all equipment, inventories, supplies, contracts, accoutrements involved in the planting, tilling, harvesting, processing, preservation, and storage of all products of agriculture;

57. All farm, lawn, and irrigation equipment, accessories, attachments, hand-tools, implements, service equipment, parts, supplies, storage sheds and contents;

58. All fuel, fuel tanks, containers with involved or related delivery systems;

59. All medal-working, woodworking, and other such machinery, and all ancillary equipment, accessories, consumables, power-tools, hand tools, inventories, storage cabinets, tool boxes, work benches, shops, and facilities;

60. All camping, fishing, hunting, and sporting equipment with special clothing, materials, supplies, and baggage related thereto;

61. All rifles, guns, crossbows, bows, and related accessories including ammunition, projectiles, and integral components thereof;

62. All radios, televisions, communication equipment, receivers, transceivers, transmitters, antennas, towers, and all ancillary equipment, supplies, computers, software programs, wiring, with any related accouterments and devices;

63. All power generating machines or devices with all storage, conditioning, controls, distribution, wiring, and ancillary equipment pertaining and/or attached thereto;

64. All computers, computer systems, and the information contained therein, along with all ancillary equipment, printers, data compression or encryption devices and processes;

65. All office and engineering equipment, furniture, ancillary equipment, drawings, tools, electronic and paper files with any and all items related thereto;

66. All water wells and well-drilling equipment with ancillary equipment, chemicals, tools, and supplies;

67. All shipping, storing, and cargo containers with chassis, trucks, trailers, vans, and the contents thereof, whether on-site, in transit, or in storage anywhere;

68. All building materials and prefabricated buildings, components or materials pertaining thereto, before or during manufacture, transportation, storage, building, erection, or vacancy while awaiting occupation thereof;

69. All communications and data, the methods, devices, and forms of information, storage, and retrieval associated therewith, and the products of any such stored information;

70. All books, drawings, magazines, manuals, and reference materials regardless of physical form;

71. All artwork, paintings, etchings, photographic art, lithographs, serigraphs, with any frames and mounts pertaining or affixed thereto;

72. All food, devices, tools, equipment, vehicles, machines, and related accoutrements involved in food preservation, preparation, growth, transport, and storage;

73. All construction machinery, ancillary equipment, supplies, materials, fuels, fuel additives, and service equipment pertaining thereto;

74. All medical, dental, optical, prescription, and insurance records, record numbers, as well as, information contained in any such records, or pertaining thereto;

75. The will of DEBTOR;

76. All inheritances gotten or to be gotten;

77. All wedding bands and rings, watches, wardrobes, and toiletries;

78. All radios, televisions, household goods and appliances, linens, furniture, kitchen utensils, cutlery, tableware, cooking utensils, pottery, and antiques;

79. All ownership, equity, property, and rights to property now owned or held or hereafter acquired both personal; and, for all businesses, corporations, companies, partnerships, limited partnerships, organizations, proprietorships, and the like; and, all books and records pertaining thereto, all income therefrom, and all accessories, accounts, equipment, information, inventory, money, spare parts, and computer software pertaining thereto;

80. All packages, parcels, envelopes, or labels of any kind whatsoever which are addressed to, or intended to be addressed to, DEBTOR, whether received or not received by DEBTOR;

81. All telephone numbers;

82. Any property not specifically listed, named, or specified by make, model, serial number, etc., is expressly herewith included as collateral of DEBTOR.

## ADVISORY

ALL instruments and documents referenced/itemized above are accepted for value, with all related endorsements, front and back, in accordance with UCC 3-419; and, House Joint Resolution 192 of June 5, 1933. This Security Agreement is accepted for value, property of Secured Party, and not dischargable in bankruptcy court as Secured Party property is exempt from third-party levy. This Security Agreement supersedes all previous contracts or security agreements between DEBTOR and any prior Secured Party(s).

DEBTOR agrees to notify all of DEBTOR'S former creditors, would-be creditors, and would-be purchaser of any herein-described Collateral, for this Security Agreement, and all such personages are expressly so-noticed herewith.

This Security Agreement devolves on Secured Party's heirs and assigns (who are equally as authorized) upon taking title to this Security Agreement, as Secured Party, to hold and enforce said Security Agreement via non-negotiable contract, devise, or any lawful commercial remedy.

## DEFAULT

The following shall constitute the events of default hereunder:

1.) Failure by DEBTOR to pay any debt secured hereby when due;
2.) Failure by DEBTOR to perform any obligations secured hereby when required to be performed;
3.) Any breach of any warranty by DEBTOR contained in this Security Agreement; or
4.) Any loss, damage, expense, or injury accruing to Secured Party by virtue of the transmitting-utility function of DEBTOR.

6 of 10

Secured Party reserves the right to satisfy any judgment, lien, levy, debt, or obligation, whether unsecured, secured, or purported to be secured, against DEBTOR by executing a Bill of Exchange against the Fidelity Bond registered herewith.

**✱NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT, NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL**

### SIGNATURES

Secured Party executes this Security Agreement, certified and sworn on Secured Party's unlimited liability, to be true, correct, and complete, accepting all signatures in accord with UCC 3-419.

ISAIAH STEWARD ROBINSON, DEBTOR
ISAIAH STEWARD ROBINSON 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

Isaiah Steward Robinson, Secured Party :   *Isaiah, Steward Robinson*

### TRUTH AFFIDAVIT
IN THE NATURE OF SUPPLEMENTAL
RULES FOR ADMINISTRATIVE AND MARITIME CLAIMS RULES C(6)

Granting Exclusive Power-of-Attorney-in-Fact for the Principal Person.

### POWER OF ATTORNEY IN FACT
TRADEMARK/COPYRIGHT
FOR THE RECORD

I, ISAIAH STEWARD ROBINSON; ROBINSON, ISAIAH STEWARD; I.S. ROBINSON; ISAIAH STEWART ROBINSON; ISAIAH S. ROBINSON, and any derivative(s) of the Ens Legis DEBTOR/CORPORATE FICTION, hereby appoint Isaiah Steward Robinson, Sui Juris, Living Soul (Non-Domestic), c/o 854 East Newell Street, White Cloud, Michigan, as Agent and Authorized Representative, with Power of Attorney in Fact to take Exclusive charge of, manage, and conduct Tax Business, make Legal decisions, direct My Commercial Affairs, control all Private/Personal matters, acting for Me in My Name and Place, without limitation on the Powers necessary to carry out the Exclusive Power of Attorney in Fact, hereby authorized, such as:

(a) To take possession of, hold, and manage My Real Estate and all other property;
(b) To receive money or property paid or delivered to Me from any source;
(c) To deposit funds in, make withdrawals from, sign checks or drafts against, any account standing in My name, individually or jointly, in any bank or other depository, cash coupons, bonds, or certificates of deposits, endorse checks, notes, or other documents in My name, have access to, and place items in or remove them from any safety deposit box standing in My name, individually or jointly, and otherwise to conduct bank transactions or business for Me in My name;
(d) To pay My just debts and expenses, including reasonable expenses incurred by My Attorney in Fact, Isaiah Steward Robinson, in exercising this Exclusive Power of Attorney.
(e) To retain investments, invest in stocks, bonds, or other securities, including real estate or other property;
(f) To give general and special proxies, exercise rights of conversion or rights with respect to shares and securities, i.e. deposit shares or securities with, or transfer them to protective committees or similar bodies, join in any reorganizations and pay assessments or subscriptions called for in connection with shares or securities;
(g) To sell, exchange, lease, give options, and make contracts concerning real estate or other property for such consideration, on such terms as My Attorney in Fact, Isaiah Steward Robinson, may deem prudent;
(h) To improve or develop real estate, construct, alter, or repair building structures, appurtenances, settle boundary lines, easements, and any other rights with respect to real estate, plant, cultivate, harvest, sell and/or otherwise dispose of crops and timber, as well as do all things necessary or appropriate to good husbandry;
(i) To provide for the use, maintenance, repair, security, and storage of My tangible property;
(j) To purchase and maintain such policies of insurance against liability, fire, casualty, or other risk as My attorney in fact, Isaiah Steward Robinson, may deem prudent;

The Agent/Living Soul, Isaiah Steward Robinson, is hereby authorized by law to act for and in control of the SECURED PARTY/CORPORATE FICTION, ISAIAH STEWARD ROBINSON, or any derivative thereof. In addition (through this Exclusive Power of Attorney) to CONTRACT FOR ALL BUSINESS AND LEGAL MATTERS of the Principal Person, ISAIAH STEWARD ROBINSON, Ens Legis DEBTOR/CORPORATE FICTION, including but not limited to COMMERCIAL AFFAIRS.

The term "Exclusive" shall be construed to mean that while these powers of attorney are in force, only My Attorney in Fact may obligate Me in these matters, and, I forfeit the capacity to obligate Myself with regards to the same. This grant of Exclusive Power is Irrevocable during the lifetime of the Agent/Living Soul, Isaiah Steward Robinson.

Executed and sealed by the voluntary act of My own hand, this **October 28ᵀᴴ**, 2020.

Acceptance:


ISAIAH STEWARD ROBINSON, GRANTOR

Secured Party Signature: *Isaiah Steward Robinson*

Executed without the UNITED STATES, I declare under united states of America laws, punishable by the penalty for perjury, that the foregoing is true and correct. Without Prejudice **UCC 1-207**,

I, the above named Power-of-Attorney-in-Fact, do hereby accept the Fiduciary Interest of the herein-named Ens Legis DEBTOR: ISAIAH STEWARD ROBINSON, and will execute the herein-granted powers-of-attorney with due diligence.

*I. S. Robinson*
Isaiah Steward Robinson, Agent,
Attorney in Fact, With the Autograph


### TRADEMARK/COPYRIGHT

Verified Declaration in the Nature for an Affidavit of Truth in Commerce and Contract by Waiver of Tort Presented by Me, addressee, Isaiah Steward Robinson, Agent and Living soul, one for We the People, under Original Common Law Jurisdiction, by the Michigan and united states of America Contracts, the Constitutions.


                         Republic and one by the several
                                united states
ss:                             Michigan in American


For: Whom it may concern: In the Matter of the Ens Legis DEBTOR/FICTION, SECURED PARTY known as ISAIAH STEWARD ROBINSON; ROBINSON, ISAIAH STEWARD; I.S. ROBINSON; ISAIAH STEWART ROBINSON; ISAIAH S. ROBINSON, and any derivative thereof.

SECURED PARTY may be designated as: ISAIAH STEWARD ROBINSON, M.D.O.C. COMMERCIAL TRACKING NUMBER: 462832, c/o

*Temporary Business Address:*

*"BELLAMY CREEK CORRECTIONAL FACILITY" (IBC)*
*1727 W. Bluewater Highway*
*Ionia, Michigan [near 48846]*

I, Me, My, Myself, addressee: Isaiah Steward Robinson, Authorized Representative, Agent, and Power of Attorney for SECURED PARTY, the undersigned, One for We the People, Sovereign, Natural born Living soul, the Posterity, born upon the land in the one for several countries, within the one for several states united for America, the undersigned Posterity, Creditor, and Claimant, herein after "I, Me, My, Myself, Agent" do hereby solemnly declare, and state:

1. I, Me, My, Myself, Agent, Am competent for stating the matters set forth herewith.

2. I, Me, My, Myself, Agent, have personal knowledge concerning the facts to be herein stated.

3. All facts stated herein are true, correct, complete, and certain; admissible as evidence, not misleading, and if stated, I, Me, My, Myself, Agent, shall so state.

<u>Plain Statement of Facts</u>

A matter must be expressed in order to be resolved. In commerce truth is sovereign. Truth is expressed in the form for an Affidavit.

An Affidavit not rebutted stands as Truth in Commerce. An Affidavit not rebutted, after (30) days, becomes the judgment in Commerce. A Truth Affidavit, under Commercial Law, can only be satisfied by Truth Affidavit rebuttal, by Payment, by Agreement, by Resolution, or by Common Law Rules and a Jury.

I, Me, My, Myself, Agent express truth by this Verified Declaration in the Nature for an Affidavit of Truth in Commerce and Contract by Waiver of Tort Presented by me, addressee, Isaiah Steward Robinson, Living Soul, Agent, one for We the People under Original Common Law Jurisdiction for the Michigan and united states of America Contracts, the Constitutions.

WHEREAS, Public Record is the highest evidence form, I, Me, My, Myself, Agent, Am hereby timely creating public record by this Verified Declaration in the Nature for an Affidavit of Truth in Commerce and Contract by Waiver of Tort Presented by Me, addressee, Isaiah Steward Robinson, Living soul, Agent, one for We the People under Original Common Law Jurisdiction for the Michigan and united states of America Contracts, the Constitutions.

1. Fact: The person/SECURED PARTY known as ISAIAH STEWARD ROBINSON, (and all derivatives thereof) is a fiction, without form or substance, thus, any semblance to a natural born body, living or dead, intentionally relegates Commercial Fraud and Acts of Genocide, against We the People for Michigan, by alleged Government officials and agents of Commercial Corporations, including the Commercial Courts, to surreptitiously disenfranchise "We the People" from our Life, Liberty, Property, and Pursuit of Happiness, among other Rights; and, to unjustly enrich themselves using their Michigan Rules of Civil/Criminal Procedure, outside the law authority of our Courts by original jurisdiction.

2. Fact: I have placed a copyright on the Ens Legis DEBTOR, Fiction/SECURED PARTY known as ISAIAH STEWARD ROBINSON, and any derivatives thereof, (trademark/fiction), SECURED PARTY is now My private property and cannot be used without My prior written consent, even then, only under the terms set out in this contract.

3. Fact: The Fiction is My perfected Security, Registered by Contract with Me, and is My Recorded Copyright Fiction by this Declaration, under Original Common Law Jurisdiction for one-hundred (100) years as the Private Property of My Estate, for My Protection, Life, and Liberty Interest.

4. Fact: Using My Fiction on any document associated in any manner with My Estate or Me, the Holder in Due Course, Agent, Exempt from Levy, without My written prior consent is strictly forbidden and chargeable per each use and issuance, in the amount of the sum certain for one thousand (1,000.00) dollars in lawful currency/exchange for the united states of America.

5. Fact: Using My Fiction for the intended gains of themselves (the issuer/user), or others, against any of My Rights or Private Property, including any part of My Estate, without full disclosure and My prior written consent is strictly forbidden, and chargeable, per each user and issuer, in the amount of the sum certain for one-thousand (1,000.00) dollars in lawful currency/exchange for the united states of America, or silver specie, as defined under Article 1, Section 10 of We the People's Contract/Constitution for the united states of America, and, per using of the Fiction, including any past, present, or future use.

6. Fact: Using My Fiction on any document associated in any manner with My Estate, or Me, the Holder in Due Course, Agent, Exempt from Levy, without My prior written consent, is all the evidence required for enforcing this agreement/contract and evidence that any and all users and issuers are in full agreement; have accepted this agreement/contract under the conditions and terms so stated and set forth herein, indicating PAYMENT is DUE and PAYABLE under the terms and conditions set forth by this agreement/contract.

I, Me, My, Myself, Agent am not an expert in the Law, however, I do know right from wrong. If there is any human being that is being unjustly damaged by any statement herein, should he/she inform me of those facts, I will sincerely make every effort to amend My ways.

9 of 10

I hereby and herein reserve the right for amending, to circumstantially make said amendments, concerning the execution of this document, as necessary for the ascertainment of truth relevant to proceeding(s); and, as justly determined.

Peradventure any living soul aspires to controvert this Declaration, inasmuch as it is a Commercial Matter, please do so by providing Me with your COUNTER DECLARATION/AFFIDAVIT, within ten (10) days of the instant Declaration/Affidavit being recorded, proving with particularity, stating all evidentiary facts and actual law; not merely claims and/or legal conclusions; purporting this Declaration may be substantially and/or materially false; and, sufficiently, to virtuously change My or the Fiction's Status and Factual Declarations.

Tantamount to the majority of scenarios, that fashion other-wise legal circumstances, silence in this matter shall stand as the consent and tacit approval (of would-be-opposers) for the declarations hereby established to prevail as unequivocal fact; and, as a matter of law, Certifying this Affidavit by Declaration to be made the Final Judgment in this matter, and the sum certain stated above (for violation of the same contracted agreement) to be in FULL FORCE and EFFECT, without preference, and pertinent to all parties, due, payable, and enforceable by law.

✱ The criminal penalties for commercial fraud are determined by jury and by law, howbeit, the monetary value is set by Me; for such violation(s) against My rights, for breaching the law of this contract and the Constitutions, in the sum certain for an amount stated hereinabove, payable by any lawful tender within the united states of America, DUE on the eleventh day, or, any day thereafter as use occurs upon execution of this filing by Me in the public records for the county of Macomb __, state of Michigan.

Certificate of Service

HEREBY I Certify/Affirm that a true copy of the foregoing document, i.e. a Verified Declaration in the Nature for an Affidavit of Truth in Commerce and Contract for Waiver of Tort Presented by me, addressee, Isaiah Steward: ROBINSON, a Living soul, the Agent, one for We the People, under Original Common Law Jurisdiction for Michigan and the united states.Contracts, the Constitutions, is recorded in the public records, by the Clerk for the Court in the county for White Cloud, Michigan, this 28TH day of the month October in the year of our Lord and Savior, Two-Thousand and Twenty A.D.

NOTICE TO THE AGENT IS NOTICE FOR THE PRINCIPAL. NOTICE TO THE PRINCIPAL IS NOTICE FOR THE AGENT.

Notice to the Clerk for the county of ___Newaygo___, state of Michigan; and the record court of original jurisdiction CONSTITUTES NOTICE FOR ALL, regarding matters of relevance, by providing notice to and for all party(s), including any/all competent witnesses with firsthand knowledge, any party(s) to other, or corresponding claims, pertaining to, or, cognizable by the Fiction dating for the year it was created,

By Me-addressee: _Isaiah, Steward Robinson_

Executed without the UNITED STATES, I declare under united states of America laws, punishable by the penalty for perjury, that the foregoing is true and correct. Without Prejudice, UCC 1-207.

Notice

Using a Notary on this document DOES NOT constitute any adhesion, NOR does it alter my status in any manner. The purposes for notary are verification and identification, NOT FOR ENTRANCE INTO ANY FOREIGN JURISDICTION.

Further, may validation by Notary benefit the pagans and heathens for whom I pray they be led to the knowledge of the SUPERIOR and TRUE Law, as set forth by our Holy Father in Heaven, that they might Repent and be no longer alienated from the One and Only SUPREME God=Yahweh.

_ROBINSON, Isaiah Steward_
ROBINSON, Isaiah Steward

Notary
STAMP/SEAL
here

JURAT

MACOMB County ]
            ] :ss.
Michigan State. ]

Subscribed and affirmed before me this 28 day of the October month in the year of our Lord and Savior, Two-Thousand and Twenty, A.D.

NORBERT J. FRONCZAK
NOTARY PUBLIC, STATE OF MI
COUNTY OF MACOMB
MY COMMISSION EXPIRES Sep 0, 2?.. 1
ACTING IN COUNTY OF _Macomb_

_Norbert Fronczak_
Notary Signature

_Isaiah Steward Robinson_
(UCC 1-207)   ALL RIGHTS RESERVED.

⌐10 of 10⌐

# *Absolute Rights*

*"As regards right to interfere with contractual obligations of another, 'absolute rights' which individual may exercise without reference to motive are rights incident to ownership of property, rights growing out of contractual relations, and right to enter or refuse to enter contractual relations.*

*"By the 'absolute rights' of individuals is meant those which are in their primary and strictest sense, such as would belong to their persons merely in a state of nature, and which every man is entitled to enjoy, whether out of society or in it.  The rights of personal security, of personal liberty, and private property do not depend upon the Constitution for their existence.  They existed before the Constitution was made, or the government was organized.  These are what are termed the 'absolute rights' of individuals, which belong to them independently of all government, and which all governments which derive their power from the consent of the governed were instituted to protect."*

Words and Phrases, Volume 1, 1968
West Publishing Company

Secured Party: "Isaiah Steward Robinson" (Sui Juris-Creditor)
On behalf of: ISAIAH STEWARD ROBINSON #462832 (Fos Legis-Debtor)
℅ MDOC - BELLAMY CREEK (IBC) Credit Facility (Ref #462832)
   1727 W. Bluewater Highway
   Ionia, Mich 48846

U.S. MARSHALS

Mailed To: U.S. District Court (Eastern District)
          Theodore Levin United States Courthouse
          231 W. Lafayette Blvd., Detroit (MI)
                    48226